UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In re: BRANDON HEITMANN,

        Debtor.

Case No. 24-41956
Chapter 13
Hon: Mark A. Randon

_____/

## NOTICE OF APPEARANCE AND REQUEST TO BE PLACED ON MATRIX

TO:    Clerk of the Court
        United States Bankruptcy Court
        Eastern District of Michigan

PLEASE TAKE NOTICE that Michael I. Zousmer of Zousmer Law Group PLC, hereby appears as counsel for Citizens Bank, N.A. and, pursuant to Federal Rules of Bankruptcy Procedure 2013 and §1109 of the Bankruptcy Code, requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be given to and served upon him at the following address: Zousmer Law Group PLC, 4190 Telegraph Rd., Ste. 3000, Bloomfield Hills, Michigan 48302.

ZOUSMER LAW GROUP PLC

By:    Michael I. Zousmer (P47190)
Attorneys for Citizens Bank, N.A.
4190 Telegraph Road, Ste. 3000
Bloomfield Hills, Michigan 48302
(248) 351-0099