UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

BRANDON HEITMANN,                                 Case No. 24-41956-MAR

       Debtor.                                    Chapter 13

                                                      Judge Mark A. Randon

_____/

## PROOF OF SERVICE

       The undersigned certifies that on March 15, 2024, a copy of the Notice of State of Michigan Unfiled Tax Returns, was served upon the following parties either electronically or by depositing said copies in the U.S. mail, postage prepaid:

Krispen S Carroll                              Robert N. Bassel
Chapter 13 Trustee                           Attorney for Debtor
719 Griswold, Suite 1100                  PO Box T
Detroit, MI  48226                           Clinton, MI  49236

                                     */s/ Christina LaMothe*
                                     Christina LaMothe
                                     Secretary to:
                                     Heather L. Donald (P57351)
                                     Assistant Attorney General
                                     Cadillac Place
                                     3030 W. Grand Blvd., Suite 10-200
                                     Detroit, MI  48202
                                     (313) 456-0140

Dated:  March 15, 2024