# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In the Matter of:

| | |
|---|---|
| Brandon Heitmann | Case No. 24-41956 |
| S.S.#xxx-xx-8602 | Chapter 13 |
| Debtor | Hon. Mark Randon |

_____/

## PAYMENT ORDER

The above named Debtor(s) having filed a Petition for relief under Chapter 13 of the Bankruptcy Code, and upon motion of the Debtor(s) pursuant to L.B.R. 1007-1(c) (1)(A) (E.D.M.).

**IT IS HEREBY ORDERED** that Resilient Outdoor Living ("Payor"), at 60749 FOREST CREEK DR., Washington Township, MI 48094 shall immediately forward and make payable to:

Krispen S. Carroll,
Chapter 13 Standing Trustee
P.O. Box 2018
Memphis, TN 38101-2018

(indicating that payments are being made regarding Brandon Heitmann, Case No. 24-41956) in the amount of $6,114.18 per month (pay period) of the Debtor(s)' future gross income until the further Order of the Court and that it cease and desist from giving effect to any prior or future garnishment or assignment of the Debtor(s)' income except for orders for child support, or alimony, current withholding taxes, union dues, and medical or other insurance premiums.

**Signed on March 18, 2024**

/s/ Mark A. Randon
_____
**Mark A. Randon**
**United States Bankruptcy Judge**