UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:  
      Case No. 24-41956-mar  
      Chapter 13  
BRANDON L. HEITMANN  
      Hon. Mark A. Radon

Debtor

_____/

## NOTICE OF APPERANCE OF COUNSEL AND REQUEST FOR SERVICE OFDOCUMENTS

PLEASE TAKE NOTICE that the Law Offices of John F. Harrington hereby file an appearance as counsel for Creditors Alex Boyd and Rebecca Boyd, pursuant to Federal Rule of Bankruptcy Procedures 2002, 3017(a), 9007, 9010, and 11 U.S.C. Sec. 102(1) and Sec. 1109(b), requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, disclosures, statement(s) and plan(s) of reorganization, or other documents filed or entered in this case be transmitted to the following attorney at the address set forth below:

LAW OFFICES OF JOHN F. HARRINGTON  
30500 Van Dyke Avenue, Suite 200  
Warren, MI 48093  
(586) 751-3610  
attysharrington@comcast.net

Respectfully submitted,

Date: March 28, 2024

By:_____  
John F. Harrington P40443  
LAW OFFICES OF JOHN F. HARRINGTON  
30500 Van Dyke Avenue, Suite 200  
Warren, MI 48093  
(586) 751-3610  
attysharrington@comcast.net

Law Offices of  
JOHN F. HARRINGTON  
30500 Van Dyke Avenue  
Suite 200  
Warren, Michigan 48093  
(586) 751-3610  
(586) 751-3612 (Fax)