# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN (Detroit)

In re:  Case No. 24-41956-mar
Brandon Heitmann  Chapter 13
        Debtor.  Hon. Mark A. Randon
_____/

## CERTIFICATE OF SERVICE

The undersigned states that on April 8, 2024 copies of Associated Bank's Objections to Confirmation were served electronically to:

Robert N. Bassel  Krispen S. Carroll

/S/ Cara L. Stegner
Legal Assistant
Trott Law, P.C.
Attorney for Associated Bank
31440 Northwestern Hwy Ste. 145
Farmington Hills, MI 48334-5422
248.642.2515
Email: EasternECF@trottlaw.com

**TROTT LAW, P.C.**
31440 NORTHWESTERN HWY
STE. 145
FARMINGTON HILLS, MI 48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628