UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

IN RE:

BRANDON HEITMANN,                                      Case No. 24-41956-mar
                                                       Chapter 13
        Debtor.                                        Hon. Mark A. Randon
_____/

**CERTIFICATION OF NO RESPONSE TO SECURED CREDITOR AMERICREDIT FINANCIAL SERVICES, INC., D/B/A GM FINANCIAL' S MOTION FOR RELIEF FROM THE STAY**

Secured Creditor AmeriCredit Financial Services, Inc., d/b/a GM Financial, states as follows:

1.  On April 3, 2024, Secured Creditor AmeriCredit Financial Services, Inc., d/b/a GM Financial, filed with this Court and served on the Debtor, the Co-Borrower, Debtor's counsel, and the Chapter 13 Trustee, the following:

|     |                                                        |
| --- | ------------------------------------------------------ |
| a.  | Motion for Relief from the Automatic Stay and Co-Debtor Stay; |
| b.  | Memorandum of Law in Support of Motion;                |
| c.  | Notice of Filing of Motion;                            |
| d.  | Statement Regarding Corporate Ownership;               |
| e.  | Proposed Order; and,                                   |
| f.  | Certificate of Service.                                |

2.  As of April 23, 2024, neither the Debtor, nor any other interested party, has filed an objection or response to the aforementioned motion, nor has anyone requested a hearing on the motion.

3.  More than 14 days has passed since the date of service of the aforementioned Motion, Memorandum of Law, Statement Regarding Corporate Ownership, Notice of Filing of Motion and proposed Order.

Date: April 23, 2024                    /s/ S. Thomas Padgett
                                        S. Thomas Padgett (P31748)
                                        DeBrincat Padgett
                                        Attorney for Creditor
                                        27780 Novi Road, Suite 225
                                        Novi, MI 48377
                                        (248) 553-4333
                                        michiganlawyer@aol.com