UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

IN RE:

BRANDON HEITMANN,  Case No. 24-41956-mar
  Chapter 13
    Debtor.  Hon. Mark A. Randon
_____/

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY

THIS MATTER having come before the Court on Secured Creditor AmeriCredit Financial Services, Inc., d/b/a GM Financial's Motion for Relief from the Automatic Stay and Co-Debtor Stay, the Motion having been served on the Debtor, the Borrower, Debtor's counsel, and the Chapter 13 Trustee, and the Court being otherwise fully advised in the premises; IT IS ORDERED:

1. Secured Creditor AmeriCredit Financial Services, Inc., d/b/a GM Financial, is hereby granted relief from the automatic stay and co-debtor stay to pursue relief that may be available to it pursuant to applicable law and the terms and provisions of the contract for Debtor's purchase of one 2021 Chevrolet Silverado, vehicle identification number 1HTKJPVK2MH659474, including repossession and sale of the vehicle. Upon sale of property, any surplus proceeds shall be paid to the Trustee.

2. The entry of this Order shall be effective immediately notwithstanding the provisions of Fed.R.Bankr.P. 4001(a)(3). All other terms and provisions of the automatic stay shall remain in full force and effect.

**Signed on April 23, 2024**



/s/ Mark A. Randon
Mark A. Randon
United States Bankruptcy Judge