In the Matter of:

    Brandon Heitmann                         Case No.  24-41956
                                              Chapter 13

    Debtor                                   Hon. Mark Randon

_____/

DANIEL CARTER, an individual,            Adv. No.
                                         Hon.Mark Randon

        Plaintiff,                               State Court Case No. 23-003865-CZ

vs.

BRANDON HEITMANN, an individual,
AMANDA PISARSKI, a/k/a AMANDA
HEITMANN, an individual,
HENRY GIRARD BELL, a/k/a HANK BELL,
an individual, CONSTRUCTION
CONTRACTORS, LLC, a Michigan limited
liability company, and EXPLORE INDUSTRIES
USA, INC., a Tennessee corporation, d/b/a
IMAGINE POOLS,
,

        Defendants,

_____/

**<u>NOTICE OF REMOVAL</u>**

1.     Debtor hereby files this notice of removal to remove CARTER  v BRANDON HEITMANN, et al, 23-003865-CZ in the Macomb County Circuit Court, pursuant to, inter alia, 28 USC 1452(a), 28 USC 1334, and 28 USC 157.

2.     This matter is a core proceeding.

3.     The pleadings are voluminous and may be found at the Macomb County Circuit Court website. Attached are the complaint, and the answer and affirmative defenses.

4.     Facts supporting the removal include that the nonbankruptcy matter is related to the jurisdiction of the Bankruptcy Court as it involves a claim against the Debtor, and that any relief granted by the non-bankruptcy court will affect the estate of the Debtor. For instance, adjudication of the nonbankruptcy matter will affect the liability of the Debtor and its assets.

5.     Per FRBP 9027(c), removal is effected upon filing of a copy of this Notice in the Macomb Circuit Court, and thereafter "the parties shall proceed no further in that court."


Respectfully submitted
By: /s/ Robert N. Bassel
Robert N. Bassel (P 48420)
Attorneys for Debtor
P.O. Box T
Clinton, MI 49236
248.835.7683
bbassel@gmail.com

DATED: 5/1/2024

**PROOF OF SERVICE**

       On 5/2/2024, I served a copy of the above document upon counsel for the parties in the state court matter, and the Clerk of the Macomb County Circuit Court.

Respectfully submitted
By: /s/ Robert N. Bassel
Robert N. Bassel (P 48420)
Attorneys for Debtor
P.O. Box T
Clinton, MI 49236
248.677-1234
bbassel@gmail.com

DATED: 5/2/2024

# STATE OF MICHIGAN

## IN THE CIRCUIT COURT FOR THE COUNTY OF MACOMB

**DANIEL CARTER, an Individual**

Case No. 23-003865-CZ

Hon. Julie Gatti

       Plaintiff,

v

**BRANDON HEITMANN, an Individual,**
**AMANDA PISARSKI, also known as**
**AMANDA HEITMANN, an Individual,**
**HENRY GIRARD BELL, also known as**
**HANK BELL, an Individual,**
**CONSTRUCTION CONTRACTORS, LLC,**
**a Michigan Limited Liability Company, and**
**EXPLORE INDUSTRIES USA, INC.,**
**A Tennessee Corporation, doing business as**
**IMAGINE POOLS**


       Defendant

                                         /

**LAW OFFICES OF JOHN F. HARRINGTON**
**BY: John F. Harrington (P40443)**
**Attorney for Plaintiff**
**30500 Van Dyke Avenue, Suite 200**
**Warren, MI 48093**
**(586) 751-3610**
**attysharrington@comcast.net**

                                         /

Law Offices of
JOHN F. HARRINGTON
30500 Van Dyke Avenue
Suite 200
Warren, Michigan 48093
(586) 751-3610
(586) 751-3612 (Fax)

## COMPLAINT

There is no other pending or resolved civil action arising out of the transaction or occurrence alleged in the Complaint.


       /s/ John F. Harrington
       John F. Harrington (P40443)

1

NOW COMES the Plaintiff, DANIEL CARTER, an Individual, by and through his attorney, the LAW OFFICES OF JOHN F. HARRINGTON, by way of Complaint, hereby states as follows:

1. That, Plaintiff, Daniel Carter, is an Individual, residing in the Township of Macomb, County of Macomb, State of Michigan.

2. That, Defendant, Brandon Heitmann, is an Individual, conducting business in the Township of Shelby, County of Macomb, State of Michigan.

3. That, Defendant, Amanda Pisarski, also known as Amanda Heitmann, is an Individual, conducting business in the Township of Shelby, County of Macomb, State of Michigan.

4. That, Defendant, Henry Girard Bell, also known as Hank Bell, is an Individual, conducting business in the Township of Washington, County of Macomb, State of Michigan.

5. That, Defendant, Construction Contractors, LLC., is a Michigan Limited Liability Company, in good standing, with its principle place of business in the Township of Washington, County of Macomb, State of Michigan.

6. That, Defendant, Explore Industries USA, Inc., is a Tennessee Corporation, in good standing, conducting business in the County of Macomb, State of Michigan, although not authorized to do so.

7. That, this cause of action concerns events that occurred in the Township of Macomb, County of Macomb, State of Michigan, thus venue is proper before this Honorable Court.

Law Offices of
JOHN F. HARRINGTON
30500 Van Dyke Avenue
Suite 200
Warren, Michigan 48093
(586) 751-3610
(586) 751-3612 (Fax)

2

8. That, the amount in controversy is in excess of $25,000.00, thus jurisdiction is proper before this Honorable Court.

## FACTUAL AVERMENTS

9. That, Plaintiff Daniel Carter, (hereinafter "Carter"). is the owner of real property at 22162 Chaucer Court, in the Township of Macomb, County of Macomb, State of Michigan

10. That, on or about September 30, 2021, Carter entered in a contract with Exigent Landscaping, LLC, for the design and construction of an in-ground swimming pool at his home.

11. That, Carter either met or communicated with, Defendants Heitmann and, Pisarski, in their capacity as representatives of Exigent Landscaping, LLC, during the solicitation of Carter and ultimate execution of the contract, at which time said Defendants repeatedly stated that Exigent Landscaping, LLC, was a licensed residential contractor.

12. That, the September 30, 2021, contract even states, at the bottom of each page "License #802082183", inferring that Exigent Landscaping, LLC, was a licensed residential contractor. (See Exhibit B)

13. That, in fact, Exigent landscaping, LLC, was never a licensed residential contractor at any time during its relationship with Carter.

14. That, in addition, said Defendants represented to Carter that Exigent Landscaping, LLC, was an authorized dealer of Imagine Pools, as so designated by the manufacturer, Defendant Explore Industries USA, Inc.

Law Offices of
JOHN F. HARRINGTON
30500 Van Dyke Avenue
Suite 200
Warren, Michigan 48093
(586) 751-3610
(586) 751-3612 (Fax)

3

15. That, Carter relied upon the fact that Exigent Landscaping, LLC, was an authorized dealer of Imagine Pools by Defendant Explore Industries USA, Inc., to ultimately enter in to a contract with Exigent Landscaping, LLC.

16. That, Carter paid the substantial portion of his respective contract price to Exigent Landscaping, LLC.

17. That, after execution of the contracts with Carter, Defendants, knowingly and falsely represented to Macomb Township Building Officials that Carter executed contracts with Defendant Construction Contractors, LLC, and Henry Girard Bell, (hereinafter "Bell").

18. That, based on said false representations, Macomb Township Building Officials approved permits for the construction of in-ground swimming pools at the Carter residence.

19. That, Exigent Landscaping, LLC, and the Defendants failed to timely or properly construct a swimming pool, necessitating removal of their respective pools.

20. That, Carter suffered damages well in excess of $25,000.00.

21. That, Carter previously commenced arbitration proceedings against Exigent Landscaping, LLC, yet said proceedings have been stayed as Exigent Landscaping, LLC, has filed for Chapter 11 Bankruptcy in the United Sates Bankruptcy Court for the Eastern District of Michigan.

Law Offices of
JOHN F. HARRINGTON
30500 Van Dyke Avenue
Suite 200
Warren, Michigan 48093
(586) 751-3610
(586) 751-3612 (Fax)

## COUNT I

## FRAUDULENT MISPRERESENTATION BY DEFENDANTS HEITMANN and PISARSKI

22. Plaintiff hereby restates and reiterates allegations contained in paragraph 1 through 21 as if fully restated herein.

4

23. That, Defendants Heitmann and Pisarski, before, during, and after execution of the Exigent Landscaping, LLC, contract on September 30, 2021, repeatedly advised Carter that Exigent Landscaping, LLC, was a licensed residential builder, and otherwise fully qualified and capable of building a swimming pool as agreed upon.

24. That, in fact, Exigent Landscaping, LLC, was not a licensed residential builder nor was it qualified or capable of building a swimming pool.

25. That, said representations by Defendants Heitmann, and Pisarski, were false and said Defendants knew they were false, or made them recklessly without regard of the truth.

26. That, said Defendants made these representations with the intent that Carter would act upon it, and he did, in fact, rely upon these false representations, by tendering to Exigent Landscaping, LLC, the vast majority of the $130,00.00 contract price.

27. That, the swimming pool installed by Exigent Landscaping, LLC, was not completed in a timely manner, but also constructed so defectively, that it mandates removal.

28. That, Carter never would have entered into a contract with Exigent Landscaping had he known that the company was not a licensed residential builder, if it were not for the intentional misrepresentations of Defendants Heitmann and Pisarski.

29. That, as such, Carter has suffered damages in an amount in excess of $25,000.00.

WHEREFORE, Plaintiff, Daniel Carter, hereby prays this Honorable Court enter a Judgment in his favor and against the Defendants, Brandon Heitmann, and Amanda Pisarski, aka Amanda Heitmann, jointly and severally, in an amount in excess of $25,000.00, plus costs, interest and reasonable attorney fees.

Law Offices of
JOHN F. HARRINGTON
30500 Van Dyke Avenue
Suite 200
Warren, Michigan 48093
(586) 751-3610
(586) 751-3612 (Fax)

5

## COUNT II

## FRAUDULENT MISPRESENTAITON BY HENRY GIRARD BELL and

## CONSTRUCTIUON CONTRACORS, LLC

30. Plaintiff hereby restates and reiterates allegations contained in paragraphs 1 through 29 as if fully restated herein.

31. That, in or about October, 2021, and on numerous occasions thereafter, Defendants Bell and Construction Contractors, LLC, applied for and obtained a building permit from Macomb Township Building Officials for the construction of an in-ground swimming pool at Carter's residence.

32. That, said Defendants falsely represented to Macomb Township that they were the contractors for the project, utilizing their respective residential builders' license number and expiration date.

33. That, despite what said Defendants stated on the permit application, neither Defendant Bell nor Defendant Construction Contractors were involved in the project and neither had entered into a contract with Carter.

34. That, Defendants Bell and Construction Contractors intended for the Macomb Township Building Officials, and, in turn, Carter, to rely upon such misrepresentations., which the Township and Carter relied upon to their detriment.

35. That, as a result, Carter suffered damages in an amount in excess of $25,000.00.

WHEREFORE, Plaintiff Daniel Carter, hereby prays this Honorable Court enter a Judgment in his favor and against the Defendants, Henry Girard Bell, aka Hank Bell, and Construction Contractors, LLC, jointly and severally, in an amount in excess of $25,000.00, plus costs, interest and reasonable attorney fees.

Law Offices of
JOHN F. HARRINGTON
30500 Van Dyke Avenue
Suite 200
Warren, Michigan 48093
(586) 751-3610
(586) 751-3612 (Fax)

6

## COUNT III

## SILENT FRAUD BY DEFENDANTS HEITMANN, PISARSKI, BELL, and CONSTRUCTION CONTRACTORS, LLC

36. Plaintiff hereby restates and reiterates allegations contained in paragraphs 1 through 35 as if fully restated herein.

37. That, Defendants Heitmann, Pisarski, Bell, and Construction Contractors. LLC, all had a duty to disclose to Carter that Exigent Landscaping, LLC, was not a licensed residential contractor, and that, instead, that they were using the licensure status of third parties, to fraudulently obtain Township approval for construction of a swimming pool at Carter's residence.

38. That, said Defendants failure to disclose was misleading to Carter.

39. That, said Defendants knew that not disclosing would be misleading.

40. That, Carter relied on said Defendants failure to disclose.

41. That, as a result, Carter suffered damages in an amount in excess of $25,000.00.

WHEREFORE, Plaintiff Daniel Carter, hereby prays this Honorable Court enter a Judgment in his favor and against the Defendants, Brandon Heitmann, Amanda Pisarski, aka Amanda Heitmann, Henry Girard Bell, aka Hank Bell, and Construction Contractors, LLC, jointly and severally, in an amount in excess of $25,000.00, plus costs, interest and reasonable attorney fees.

Law Offices of
JOHN F. HARRINGTON
30500 Van Dyke Avenue
Suite 200
Warren, Michigan 48093
(586) 751-3610
(586) 751-3612 (Fax)

7

## COUNT IV

## CIVIL CONSPIRACY BY DEFENDANTS HEITMANN, PISARSKI, BELL, and CONSTRUCTION CONTRACTORS, LLC

42. Plaintiff hereby restates and reiterates allegations contained in paragraphs 1 through 41 as if fully restated herein.

43. That, Defendants Heitmann, Pisarski, Bell, and Construction Contractors, LLC, all engaged in a concerted effort to defraud and otherwise make misrepresentation to Carter by falsely stating the Exigent landscaping, LLC was at all times a licensed residential builder, qualified and capable of competently completing construction of a swimming pool.

44. That, in addition, said Defendant engaged in a concerted effort to misrepresent to Macomb Township Building Officials, and, in turn, Carter, that a licensed residential builder was constructing a swimming pool at Carter's residence.

45. That such concerted actions involved two or more persons, and was done so to accomplish an unlawful purpose, or alternatively, a lawful purpose by unlawful means.

46. That, said Defendants purpose was to obtain monies from Carter in exchange for untimely constructing a defective swimming pool that did not fulfill Carter's expectations or Exigent Landscaping's contractual obligations.

47. That, as a result, Carter suffered damages in an amount in excess of $25,000.00.

WHEREFORE, Plaintiff Daniel Carter, hereby prays this Honorable Court enter a Judgment in his favor and against the Defendants, Brandon Heitmann, Amanda Pisarski, aka Amanda Heitmann, Henry Girard Bell, aka Hank Bell, and Construction Contractors, LLC, jointly and severally, in an amount in excess of $25,000.00, plus costs, interest and reasonable attorney fees.

Law Offices of
JOHN F. HARRINGTON
30500 Van Dyke Avenue
Suite 200
Warren, Michigan 48093
(586) 751-3610
(586) 751-3612 (Fax)

8

## COUNT V

## NEGLIGENCE OF EXPLORE INDUSTRIES USA, INC.

48. That, Plaintiff hereby restates and reiterates his allegations contained in paragraphs 1 through 47 as if fully restated herein.

49. That, Defendant Explore Industries USA, Inc., doing business as Imagine Pools, designated Exigent Landscaping, LLC, as an authorized dealer of Imagine Pools, for sale and installation in the State of Michigan, even though Exigent Landscaping was not a licensed residential builder.

50. That, in order to install an in-ground swimming pool at a residential home in the State of Michigan, the installer must be a licensed residential contractor.

51. That, Defendant Explore Industries USA, Inc, had a duty to the consuming public, when designating an authorized dealer of Imagine Pools in the State of Michigan to select only a licensed residential builder.

52. That, the Plaintiff relied upon Defendant Explore Industries USA, Inc., designation of Exigent Landscaping as an authorized dealer of Imagine Pools when entering into an agreement with Exigent Landscaping, LLC.

53. That, as such, Defendant Explore Industries USA, Inc., breached its duty owed to Carter.

54. That, because of Defendant Explore Industries USA, Inc., breach of its duty, Carter suffered damages in an amount in excess of $25,000.00.

55. That, if not for the Defendant's breach plaintiffs would not have suffered any damages.

Law Offices of
JOHN F. HARRINGTON
30500 Van Dyke Avenue
Suite 200
Warren, Michigan 48093
(586) 751-3610
(586) 751-3612 (Fax)

9

WHEREFORE, Plaintiff Daniel Carter hereby prays this Honorable Court enter a Judgment in his favor and against the Defendant Explore Industries USA, Inc., doing business as Imagine Pools, in an amount in excess of $25,000.00, plus costs, interest and reasonable attorney fees.

## COUNT VI

## NEGLIGENT MISREPRESNTATION BY EXPLORE INDUSTRIES USA, INC.

56. That, Plaintiff hereby restates and reiterates his allegations contained in paragraphs 1 through 55 as if fully restated herein.

57. That, Defendant Explore Industries USA, Inc., doing business as Imagine Pools, made a material representation that Exigent Landscaping, LLC, was an authorized dealer and installer of Imagine Pools in the State of Michigan.

58. That, Exigent Landscaping, LLC, could not qualify to be an installer of in-ground swimming pools in the State of Michigan as it was not a licensed residential builder.

59. That, Defendant Explore Industries USA, Inc., designation that Exigent Landscaping, LLC, was an authorized dealer and installer of Image Pools, was a false representation as Exigent Landscaping, LLC, could not act in such a capacity in the State of Michigan.

60. That, Defendant Explore Industries USA, Inc., negligently made said representation, breaching a duty owed to the Carter

61. That, as a result, Carter suffered damages in an amount in excess of $25,000.00.

WHEREFORE, Plaintiff Daniel Carter hereby prays this Honorable Court enter a Judgment in his favor and against the Defendant Explore Industries USA, Inc., doing

Law Offices of
JOHN F. HARRINGTON
30500 Van Dyke Avenue
Suite 200
Warren, Michigan 48093
(586) 751-3610
(586) 751-3612 (Fax)

10

business as Imagine Pools, in an amount in excess of $25,000.00, plus costs, interest and reasonable attorney fees.

                                    LAW OFFICES OF JOHN F. HARRINGTON

                            BY:    /s/ John F. Harrington
                                    **JOHN F. HARRINGTON (P40443)**
                                    **Attorney for Plaintiff**
                                    **30500 Van Dyke Avenue, Suite 200**
                                    **Warren, MI 48093**
                                    **(586) 751-3610**
                                    **attysharrington@comcast.net**

**Dated: November 9, 2023**

Law Offices of
JOHN F. HARRINGTON
30500 Van Dyke Avenue
Suite 200
Warren, Michigan 48093
(586) 751-3610
(586) 751-3612 (Fax)

11

KOTZ SANGSTER WYSOCKI P. C. ATTORNEYS AND COUNSELORS AT LAW

STATE OF MICHIGAN
IN THE CIRCUIT COURT FOR THE COUNTY OF MACOMB

DANIEL CARTER, an individual,

      Plaintiff,

v.

BRANDON HEITMANN, an individual,
AMANDA PISARSKI, a/k/a AMANDA
HEITMANN, an individual,
HENRY GIRARD BELL, a/k/a HANK BELL,
an individual, CONSTRUCTION
CONTRACTORS, LLC, a Michigan limited
liability company, and EXPLORE INDUSTRIES
USA, INC., a Tennessee corporation, d/b/a
IMAGINE POOLS,

      Defendants.

Case No. 23-003865-CZ
Hon. James M. Biernat, Jr.

_____/

| | |
|---|---|
| **LAW OFFICES OF JOHN F. HARRINGTON** | **KOTZ SANGSTER WYSOCKI P.C.** |
| By:  John F. Harrington (P40443) | By:  Tyler P. Phillips (P78280) |
| *Attorney for Plaintiff* |       Yousef M. Farraj (P79760) |
| 30500 Van Dyke Ave., Suite 200 | *Attorneys for Brandon Heitmann* |
| Warren, MI 48093 | *and Amanda Pisarski* |
| (586) 751-3610 | 400 Renaissance Center, Suite 3400 |
| attysharrington@comcast.net | Detroit, MI 48243 |
| | (313) 259-8300 |
| | tphillips@kotzsangster.com |
| | yfarraj@kotzsangster.com |

_____/

**DEFENDANT AMANDA PISARSKI'S
ANSWER TO PLAINTIFF'S COMPLAINT**

      NOW COMES, Defendant, AMANDA PISARSKI, by and through counsel, Kotz Sangster

Wysocki, PC, and for her Answer to Plaintiff's Complaint states as follows:

      1.      Neither Admit nor Deny.

      2.      Denied as stated. Defendant Heitmann does not conduct business as an individual.

      3.      Denied as stated. Defendant Pisarski does not conduct business as an individual.

      4.      Neither Admit nor Deny.

1

5.      Neither Admit nor Deny.

6.      Neither Admit nor Deny.

7.      Neither Admit nor Deny.

8.      Neither Admit nor Deny.

## FACTUAL AVERMENTS

9.      Neither Admit nor Deny.

10.     Admit.

11.     Neither Admit nor Deny.

12.     Denied as stated.

13.     Denied as stated.

14.     Neither Admit nor Deny.

15.     Denied as stated.

16.     Neither Admit nor Deny.

17.     Denied.

18.     Denied.

19.     Denied.

20.     Denied.

21.     Admit. By way of further response, since Plaintiff's arbitration matter was stayed,

Plaintiffs now attempt to convert their breach of contract claim into fraud proceedings in an effort

to avoid creditors' remedies under the Bankruptcy Code.

## COUNT I

22.     Neither Admit nor Deny.

23.     Denied.

Kotz Sangster Wysocki P.C. Attorneys and Counselors at Law

2

24. Denied.

25. Denied.

26. Denied.

27. Denied.

28. Denied.

29. Denied.

WHEREFORE, Defendant Amanda Pisarski requests this Court dismiss Plaintiff's Complaint, grant her attorney's fees and costs, and any such further relief this Court deems just.

## COUNT II

30. Neither Admit nor Deny as this Count II is not alleged against Defendant Pisarski.

31. Neither Admit nor Deny as this Count II is not alleged against Defendant Pisarski.

32. Neither Admit nor Deny as this Count II is not alleged against Defendant Pisarski.

33. Neither Admit nor Deny as this Count II is not alleged against Defendant Pisarski.

34. Neither Admit nor Deny as this Count II is not alleged against Defendant Pisarski.

35. Neither Admit nor Deny as this Count II is not alleged against Defendant Pisarski.

WHEREFORE, Defendant Amanda Pisarski requests this Court dismiss Plaintiff's Complaint, grant her attorney's fees and costs, and any such further relief this Court deems just.

## COUNT III

36. Neither Admit nor Deny.

37. Denied.

38. Denied.

39. Denied.

40. Denied.

KOTZ SANGSTER WYSOCKI P. C. ATTORNEYS AND COUNSELORS AT LAW

41.     Denied.

WHEREFORE, Defendant Brandon Heitmann requests this Court dismiss Plaintiff's Complaint, grant him attorney's fees and costs, and any such further relief this Court deems just.

## COUNT IV

42.     Neither Admit nor Deny.

43.     Denied.

44.     Denied.

45.     Denied.

46.     Denied.

47.     Denied.

WHEREFORE, Defendant Amanda Pisarski requests this Court dismiss Plaintiff's Complaint, grant her attorney's fees and costs, and any such further relief this Court deems just.

## COUNT V

48.     Neither Admit nor Deny as this Count V is not alleged against Defendant Pisarski.

49.     Neither Admit nor Deny as this Count V is not alleged against Defendant Pisarski.

50.     Neither Admit nor Deny as this Count V is not alleged against Defendant Pisarski.

51.     Neither Admit nor Deny as this Count V is not alleged against Defendant Pisarski.

52.     Neither Admit nor Deny as this Count V is not alleged against Defendant Pisarski.

53.     Neither Admit nor Deny as this Count V is not alleged against Defendant Pisarski.

54.     Neither Admit nor Deny as this Count V is not alleged against Defendant Pisarski.

55.     Neither Admit nor Deny as this Count V is not alleged against Defendant Pisarski.

WHEREFORE, Defendant Amanda Pisarski requests this Court dismiss Plaintiff's Complaint, grant her attorney's fees and costs, and any such further relief this Court deems just.

Kotz Sangster Wysocki P.C. Attorneys and Counselors at Law

4

## COUNT VI

56.     Neither Admit nor Deny as this Count VI is not alleged against Defendant Pisarski.

57.     Neither Admit nor Deny as this Count VI is not alleged against Defendant Pisarski.

58.     Neither Admit nor Deny as this Count VI is not alleged against Defendant Pisarski.

59.     Neither Admit nor Deny as this Count VI is not alleged against Defendant Pisarski.

60.     Neither Admit nor Deny as this Count VI is not alleged against Defendant Pisarski.

61.     Neither Admit nor Deny as this Count VI is not alleged against Defendant Pisarski.

WHEREFORE, Defendant Amanda Pisarski requests this Court dismiss Plaintiff's Complaint, grant her attorney's fees and costs, and any such further relief this Court deems just.

Respectfully submitted,

**KOTZ SANGSTER WYSOCKI P.C.**

/s/Yousef M. Farraj
By:  Tyler P. Phillips (P78280)
        Yousef M. Farraj (P79760)
Attorneys for Brandon Heitmann and
Amanda Pisarski
400 Renaissance Center, Suite 3400
Detroit, MI 48243
(313) 259-8300 / (313) 259-1451
tphillips@kotzsangster.com
yfarraj@kotzsangster.com

Dated: February 22, 2024

## CERTIFICATE OF SERVICE

Ashley D. Clark hereby certifies that on February 22, 2024, Defendant Amanda Pisarski's Answer to Plaintiff's Complaint and this Certificate of Service were served in accordance with the Court's Electronic Filing Guidelines.  Notice of Electronic Filing of these documents will be sent to all parties by operation of the Court's electronic filing system.

/s/*Ashley D. Clark*
Ashley D. Clark

5

STATE OF MICHIGAN
IN THE CIRCUIT COURT FOR THE COUNTY OF MACOMB

DANIEL CARTER, an individual,

        Plaintiff,

v.

BRANDON HEITMANN, an individual,
AMANDA PISARSKI, a/k/a AMANDA
HEITMANN, an individual,
HENRY GIRARD BELL, a/k/a HANK BELL,
an individual, CONSTRUCTION
CONTRACTORS, LLC, a Michigan limited
liability company, and EXPLORE INDUSTRIES
USA, INC., a Tennessee corporation, d/b/a
IMAGINE POOLS,

        Defendants.

Case No. 23-003865-CZ
Hon. James M. Biernat, Jr.

_____/

\

| LAW OFFICES OF JOHN F. HARRINGTON | KOTZ SANGSTER WYSOCKI P.C. |
|---|---|
| By: John F. Harrington (P40443) | By: Tyler P. Phillips (P78280) |
| *Attorney for Plaintiff* | Yousef M. Farraj (P79760) |
| 30500 Van Dyke Ave., Suite 200 | *Attorneys for Brandon Heitmann* |
| Warren, MI 48093 | *and Amanda Pisarski* |
| (586) 751-3610 | 400 Renaissance Center, Suite 3400 |
| attysharrington@comcast.net | Detroit, MI 48243 |
| | (313) 259-8300 |
| | tphillips@kotzsangster.com |
| | yfarraj@kotzsangster.com |

_____/

## **DEFENDANT AMANDA PISARSKI'S**
## **AFFIRMATIVE DEFENSES**

        NOW COMES, Defendant, AMANDA PISARSKI, by and through counsel, Kotz Sangster

Wysocki, PC, and for her Affirmative Defenses states as follows:

        1.      All or part of Plaintiff's claims may be denied because Plaintiff is the first breaching

party.

6

2.      All or part of Plaintiff's claims may be denied because Plaintiff failed to state a claim upon which relief may be granted.

3.      All or part of Plaintiff's claims may be denied for failure to plead fraud and fraudulent transfers with the requisite specificity.

4.      All or part of Plaintiff's claims may be denied for lack of standing.

5.      All or part of Plaintiff's claims may be denied because lack of personal liability on the part of Defendant Pisarski.

6.      All or part of Plaintiff's claims may be denied for failure to mitigate damages.

7.      Defendant Pisarski reserves the right to amend these Affirmative Defenses as they become known throughout the course of discovery.

Respectfully submitted,

**KOTZ SANGSTER WYSOCKI P.C.**

/s/Yousef M. Farraj
By:  Tyler P. Phillips (P78280)
       Yousef M. Farraj (P79760)
Attorneys for Brandon Heitmann and
Amanda Pisarski
400 Renaissance Center, Suite 3400
Detroit, MI 48243
(313) 259-8300 / (313) 259-1451
tphillips@kotzsangster.com
yfarraj@kotzsangster.com

Dated: February 22, 2024

## <u>CERTIFICATE OF SERVICE</u>

Ashley D. Clark hereby certifies that on February 22, 2024, Defendant Amanda Pisarski's Affirmative Defenses and this Certificate of Service were served in accordance with the Court's Electronic Filing Guidelines. Notice of Electronic Filing of these documents will be sent to all parties by operation of the Court's electronic filing system.

/s/*Ashley D. Clark*
Ashley D. Clark

Kotz Sangster Wysocki P.C. Attorneys and Counselors at Law