Form:nthrgBK

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 24–41956–mar
Chapter: 13
Judge: Mark A. Randon

In Re: (NAME OF DEBTOR(S))
   Brandon Heitmann
   60749 Forest Creek Dr
   Washington Twp., MI 48094

Social Security No.:
   xxx–xx–8602

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the HEARING to consider and act upon the following:

*38* – Application to Employ KOTZ SANGSTER WYSOCKI, P.C. as Special Counsel Filed by Debtor Brandon Heitmann (Bassel, Robert)

will be held on: 6/5/24 at 09:00 AM at Courtroom 1825, 211 West Fort St., Detroit, MI 48226

EFFECTIVE JANUARY 1, 2024: Please Note: Any matters that are not confirmed, adjourned, resolved, or otherwise disposed of with the appropriate order to the Chapter 13 Trustee on or before the imposed deadline shall be heard by Judge Randon on the contested docket at 2:00 p.m. which will be telephonic at (202) 503–1666, Conference ID 231 911 059#

Dated: 5/16/24

                                          BY THE COURT

                                          Todd M. Stickle, Clerk of Court
                                          U.S. Bankruptcy Court