UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re                                          Case No. 24-41956-mar
                                               Chapter 13
BRANDON HEITMANN                               Judge Mark A. Randon

Debtor
_____/

**APPEARANCE, NOTICE OF**
**APPEARANCE AND REQUEST FOR NOTICES**

TO:    All Creditors and Interested Parties

PLEASE TAKE NOTICE that Yuliy Osipov has this date entered his appearance in the above-captioned case as counsel for the Creditor, Mohamed Saad.  and requests that all notices given or required to be given in this case and all papers served in this case be given to and served upon the undersigned at the office and address set forth below.

PLEASE TAKE FURTHER NOTICE that the undersigned requests that the court add the undersigned to the matrix of creditors.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, mail, telephone, telex, or otherwise which affects the debtor or the property of the debtor.

                                          Respectfully submitted,

Dated: May 24, 2024              By:    /s/ Yuliy Osipov_____
                                       YULIY OSIPOV (P59486)
                                       Attorney for Creditor, Mohamed Saad
                                       20700 Civic Center Drive, Suite 420
                                       Southfield, MI 48076
                                       Tel: 248-663-1800/Fax: 248-663-1801
                                       yo@osbig.com