UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 13 |
| BRANDON L HEITMANN, | CASE NO. 24-41956-MAR |
| DEBTOR. | JUDGE MARK A RANDON |
| _____/ | |

**Stipulation In Support Of Entry Of
Proposed Order Allowing Debtor To Withdraw Without Prejudice
Application To Employ Kotz Sangster As Special Counsel**

The parties hereby stipulate to the terms and conditions as set forth in the attached order.


/s/ Robert N. Bassel
Robert N Bassel (P48420)
P O Box T
Attorney for Debtor
Clinton, MI 49236-0000
248/677 1234
bbassel@gmail.com

/s/ Krispen S. Carroll
Krispen S. Carroll (P49817)
Chapter 13 Trustee
719 Griswold, Suite 1100
Detroit, MI  48226
313/962-5035
notice@det13ksc.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  CHAPTER 13
BRANDON L HEITMANN,  CASE NO. 24-41956-MAR
DEBTOR.  JUDGE MARK A RANDON
_____/

# PROPOSED
## ORDER ALLOWING DEBTOR TO WITHDRAW WITHOUT PREJUDICE APPLICATION TO EMPLOY KOTZ SANGSTER AS SPECIAL COUNSEL

This matter came before the Court upon the stipulation between Debtor and Chapter 13 Trustee consenting to the terms of this Order. Based upon the Stipulation, the Court finds cause to enter this Order.

**IT IS HEREBY ORDERED** that Debtor's application to employ Kotz Sangster as Special Counsel [ECF 38] is hereby withdrawn without prejudice.