**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN (Detroit)**

In re:  Case No. 24-41956-mar
Brandon Heitmann  Chapter 13
        Debtor.  Hon. Mark A. Randon
_____/

## CERTIFICATE OF SERVICE

The undersigned states that on June 6, 2024 copies of Associated Bank, N.A.'s Notice of Postpetition Mortgage Fees, Expenses, and Charges were served electronically to:

Robert N. Bassel          Krispen S. Carroll

On the same date the following parties were served by deposit in the U.S. Mail:

Brandon Heitmann
60749 Forest Creek Dr
Washington, MI 48094-1846

    /S/ Cara L. Stegner
    Legal Assistant
    Trott Law, P.C.
    Attorney for Associated Bank, N.A.
    31440 Northwestern Hwy Ste. 145
    Farmington Hills, MI 48334-5422
    248.642.2515
    Email: EasternECF@trottlaw.com

TROTT LAW, P.C.
31440 NORTHWESTERN HWY
STE. 145
FARMINGTON HILLS, MI 48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628