IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

BRANDON HEITMANN,

    Debtor

_____/

Chapter 13
Case No. 24-41956-mar
Hon. Mark A. Randon - Detroit

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the law firm of Hladik, Onorato & Federman, LLP appears on behalf of Creditor, Fifth Third Bank, N.A., in this action and requests that all further pleadings and correspondence filed regarding this matter be sent to the undersigned.

Respectfully submitted,

DATE: June 14, 2024

 /s/ James M. McArdle
James M. McArdle (P82443)
Hladik, Onorato & Federman, LLP
Attorney for Global Lending Services LLC
3290 West Big Beaver Road, Suite 117
Troy, MI 48084
(248) 362-2600
Email: bankruptcy@hoflawgroup.com

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

BRANDON HEITMANN,

    Debtor

    Chapter 13
    Case No. 24-41956-mar
    Hon. Mark A. Randon - Detroit

_____/

## **PROOF OF SERVICE**

I, James M. McArdle says that on June 14, 2024, I served a copy of the Notice of Appearance and Proof of Service upon the following parties either electronically, or by depositing in the U.S. Mail, postage prepaid:

Brandon Heitmann
60749 Forest Creek Dr
Washington Twp, MI 48094
VIA U.S. MAIL

Krispen S. Carroll
Chapter 13 Trustee
719 Griswold
Suite 1100
Detroit, MI 48226
VIA CM/ECF NOTIFICATION

Robert N. Bassel
P.O. Box T
Clinton, MI 49236
VIA CM/ECF NOTIFICATION

Respectfully submitted,

DATE: June 14, 2024

/s/ James M. McArdle
James M. McArdle (P82443)
Hladik, Onorato & Federman, LLP
Attorney for Global Lending Services LLC
3290 West Big Beaver Road, Suite 117
Troy, MI 48084
(248) 362-2600
Email: bankruptcy@hoflawgroup.com