IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

In Re:

BRANDON HEITMANN,

Debtor

Case No. 24-41956-mar
Chapter 13
Hon. Mark A. Randon - Detroit

/

**PROPOSED ORDER GRANTING MOTION FOR RELIEF
FROM THE AUTOMATIC STAY AND TO WAIVE FOURTEEN-DAY STAY PURSUANT TO
RULE 4001(A)(3)**

The Court finding that a Motion for Relief from the Automatic Stay has been filed by Movant, Fifth Third Bank, N.A.; and the Court provides for entry of an Order if a response has not been filed within 14 days after service of the Motion on the parties; and the Court finding that no response has been filed within 14 days, and the Court having noted that Movant has complied with applicable provisions of L.B.R. 9014-1(b)(4), and the Court having determined that continuation of the automatic stay against Movant would deny it the adequate protection afforded to it on its security interest pursuant to 11 U.S.C. Section 361;

**IT IS HEREBY ORDERED** that the Motion for Relief from the Automatic Stay as to Fifth Third Bank, N.A., is hereby granted and that the Automatic stay is hereby terminated as to Movant as to the collateral described as a 2017 Audi A7, VIN# WUAWABFCXHN903083 to allow the Creditor to commence or continue its federal and or its states court remedies as to the collateral. Any surplus remaining after the sale of the collateral shall be turned over to the Trustee.

**IT IS FURTHER ORDERED** that this Order shall remain valid notwithstanding conversion of this case to any other chapter under the Bankruptcy Code.

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction over all matters relating to enforcement of this order.

**IT IS FURTHER ORDERED** that the fourteen-day stay imposed by Rule 4001(a)(3) is hereby waived.