IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

In Re:

BRANDON HEITMANN,

    Debtor

Case No. 24-41956-mar
Chapter 13
Hon. Mark A. Randon - Detroit

                            /

## NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY TO THE DEBTOR/RESPONDENT:

**Your rights may be affected.** *You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).*

If you do not want the court to Lift the Automatic Stay as to Creditor, Fifth Third Bank, N.A., or if you want the court to consider your views on the Motion for Relief from Automatic Stay, within 14 days you or your attorney must:

    File with the court a written response or an answer, explaining your position at:
    United States Bankruptcy Court,
    US Bankruptcy Court
    Eastern District of Michigan
    211 West Fort Street
    Detroit, MI 48226

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

| | |
|---|---|
| James M. McArdle | Krispen S Carroll |
| Hladik, Onorato & Federman, LLP | Chapter 13 Trustee |
| 3290 West Big Beaver Road, Suite 117 | 719 Griswold, Suite 1100 |
| Troy, MI 48084 | Detroit, MI 48226 |

[REST OF PAGE INTENTIONALLY LEFT BLANK]

If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion, and you will be served with a notice of the date, time and location of the hearing.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Respectfully submitted,

Dated: June 14, 2024

*/s/ James M. McArdle*
James M. McArdle (P82443)
Hladik, Onorato & Federman, LLP
Attorney for Fifth Third Bank, N.A.
3290 West Big Beaver Road, Suite 117
Troy, MI 48084
Phone (248) 362-2600
Email: bankruptcy@hoflawgroup.com