IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

In Re:

BRANDON HEITMANN,

    Debtor

Case No. 24-41956-mar
Chapter 13
Hon. Mark A. Randon - Detroit

_____/

## CERTIFICATE OF SERVICE

    Movant, Fifth Third Bank, N.A., filed a Motion for Relief from the Automatic Stay. A copy of the Motion, with Exhibits, and Notice of Filing of Response Deadline were served upon, Debtor, Debtor's Counsel, and the Chapter 13 Trustee by U.S. Mail or by electronic notification on June 14, 2024 to the following parties:

Brandon Heitmann
607489 Forest Creek Dr
Washington Twp, MI 48094
VIA U.S. MAIL

Krispen S Carroll
719 Griswold, Suite 1100
Detroit, MI 48226
VIA CM/ECF NOTIFICATION

Robert N. Bassel
P.O. Box T
Clinton, MI 49236
VIA CM/ECF NOTIFICATION

Dated: June 14, 2024

Respectfully submitted,

*/s/ James M. McArdle*
James M. McArdle (P82443)
Hladik, Onorato & Federman, LLP
Attorney for Fifth Third Bank, N.A.
3290 West Big Beaver Road, Suite 117
Troy, MI 48084
Phone (248) 362-2600
Email: bankruptcy@hoflawgroup.com