

Exhibit B

Home of the "Smart MVR" ™

PO Box 163355 •
Tel: 866.454.

**MI Online Vehicle Report**

Order Date: 1/24/2023

| | | | | |
|---|---|---|---|---|
| Ordered for: | DealerTrack Collateral Management Svcs | | Reference: | ▇▇▇▇▇▇ |
| VIN Searched: | WUAWABFCXHN903083 | | VIN: | WUAWABFCXHN903083 |
| Plate Searched: | | | Plate: | ▇▇▇▇ |
| Title Searched: | | | Title#: | MI0015616828 |
| Searched on: | 1/24/2023 | | | |
| Control #: | ▇▇▇▇ | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Year: | 2017 | Make/Model: | AUDI/ RS7 | | Body: | AA | Vin: | |
| Color: | | Mot Power: | | | Veh Type: | PASSENGER | Plate: | |
| VLF Class: | | UL Wt/Axels: | | | GVW: | | Plate Ty | |
| Asterisk Yr: | | Title Issued: | 12/06/2022 | | Reg Issued: | 12/06/2022 | Title Nu | |
| Odometer: | 42185 | Purchase Price: | | | Total Fee: | | Reg Ex | |

**Legal Owners**

Name: FIFTH THIRD BANK
Address: 38 FOUNTAIN SQUARE PLZ
CINCINNATI, OH 45202

**Registered Owners**

Name: BRANDON LEWIS HEITMANN
Address: 60749 FOREST CREEK DR
WASHINGTON TOWNSHIP, MI48094
DL Number: ▇▇▇▇▇▇

TITLE CANCELLED DATE: 1/1/2075 12:00:00 AM
ODOMETER IS ACTUAL
TITLE STATUS: ACTIVE
TITLE ADDRESS TYPE: MAILING
TITLE TYPE: TRANSFER
ACTIVITY:
    TRANSACTION TYPE: ORIGINAL
    ID: WUAWABFCXHN903083
    TRANSCATION NUMBER: ▇▇▇▇
    POSTED DATE: 11/22/2022
INSURANCE ELECTRONICALLY VERIFIED
REGISTRATION ORIGINAL ISSUE DATE: 12/6/2022
RECREATION PASSPORT: FALSE
MONTHS REGISTERED: 6
REGISTRATION FEES: $250.0000
COUNTY: MACOMB
USE TYPE: REGULAR/NON-COMMERCIAL
FEE TYPE: MSRPBASED
FEE AMOUNT: 110700
MSRP: 110700.0000

**End of report**

This report is supplied by Compass Driving Records