UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

BRANDON HEITMANN,

              Debtor.

_____/

Chapter 13
Case No. 24-41956-MAR
Hon. Mark A. Randon

**STIPULATION EXTENDING DEADLINES FOR
CREDITOR MOHAMED SAAD ONLY (1) TO FILE A PROOF OF
CLAIM, (2) TO FILE A COMPLAINT TO OBJECT TO DISCHARGE,
AND (3) TO OBJECT TO CONFIRMATION**

The undersigned parties, by and through their attorneys, stipulate to entry of

the Order Extending Deadline for Creditor Mohamed Saad Only (1) to File a Proof

of Claim, (2) to File a Complaint to Object to Discharge, and (3) to Object to

Confirmation, extending all deadlines to August 2, 2024.

Approved: June 19, 2024

**OSIPOV BIGELMAN, P.C.**

/s/ Anthony J. Miller
Anthony J. Miller (P71505)
Attorney for Creditor
Mohamed Saad
20700 Civic Center Dr, Suite 420
Southfield, MI 48076
248.663.1800
am@osbig.com

**ROBERT N. BASSEL**

/s/ Robert N. Bassel
Robert N. Bassel (P48420)
Attorney for Debtor
PO Box T
Clinton, MI 49236
248.677.1234
bbassel@gmail.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

BRANDON HEITMANN,

       Debtor.

Chapter 13
Case No. 24-41956-MAR
Hon. Mark A. Randon

_____/

**ORDER GRANTING STIPULATION EXTENDING DEADLINES FOR CREDITOR MOHAMED SAAD ONLY (1) TO FILE A PROOF OF CLAIM, (2) TO FILE A COMPLAINT TO OBJECT TO DISCHARGE, AND (3) TO OBJECT TO CONFIRMATION**

This matter having come before the Court upon the stipulation between the Creditor, Mohamed Saad, and the Debtor, Brandon Heitmann, for entry of this Order, and the Court being otherwise dully advised in the premises;

IT IS HEREBY ORDERED that the deadline for Creditor Mohamad Saad to file a complaint to object to the Debtor's discharge is extended to August 2, 2024.

IT IS FURTHER ORDERED that the deadline for Creditor Mohamad Saad to file a Proof of Claim is extended to August 2, 2024.

IT IS FURTHER ORDERED that the deadline for Creditor Mohamad Saad to object to confirmation is extended to August 2, 2024.

**EXHIBIT A**