UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

BRANDON HEITMANN,

        Debtor.
_____/

Chapter 13
Case No. 24-41956-MAR
Hon. Mark A. Randon

**ORDER GRANTING STIPULATION EXTENDING DEADLINES FOR CREDITOR MOHAMED SAAD ONLY (1) TO FILE A PROOF OF CLAIM, (2) TO FILE A COMPLAINT TO OBJECT TO DISCHARGE, AND (3) TO OBJECT TO CONFIRMATION**

    This matter having come before the Court upon the stipulation between the Creditor, Mohamed Saad, and the Debtor, Brandon Heitmann, for entry of this Order, and the Court being otherwise dully advised in the premises;

    IT IS HEREBY ORDERED that the deadline for Creditor Mohamad Saad to file a complaint to object to the Debtor's discharge is extended to September 6, 2024.

    IT IS FURTHER ORDERED that the deadline for Creditor Mohamad Saad to file a Proof of Claim is extended to September 6, 2024.

    IT IS FURTHER ORDERED that the deadline for Creditor Mohamad Saad to object to confirmation is extended to **September 6, 2024.**

**Signed on August 5, 2024**



/s/ Mark A. Randon
**Mark A. Randon**
**United States Bankruptcy Judge**