UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

BRANDON HEITMANN,

       Debtor.
_____/

Chapter 13
Case No. 24-41956-MAR
Hon. Mark A. Randon

## STIPULATION FOR 2004 EXAMINATION

    Mohamed Saad, Creditor, Daniel Carter, Creditor, Alex and Rebecca Boyd, Creditors, and Brandon Heitmann, Debtor, by and through their undersigned counsel, stipulate to the entry of the Order attached hereto as **Exhibit A**.

Agreed: August 22, 2024

**OSIPOV BIGELMAN, P.C.**

/s/ Anthony J. Miller
Anthony J. Miller (P71505)
Attorney for Creditor
Mohamed Saad
20700 Civic Center Dr, Suite 420
Southfield, MI 48076
248.663.1800
am@osbig.com

**ROBERT N. BASSEL**

/s/ Robert N. Bassel (with consent)
Robert N. Bassel (P48420)
Attorney for Debtor
PO Box T
Clinton, MI 49236
248.677.1234
bbassel@gmail.com

**LAW OFFICES OF JOHN F. HARRINGTON**

/s/ John F. Harrington (with consent)
John F. Harrington (P40443)
Attorney for Creditors
Daniel Carter and Alex and Rebecca Boyd
30500 Van Dyke Ave., Suite 200
Warren, MI 48093
586.751.3610
attysharrington@comcast.net

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

BRANDON HEITMANN,

      Debtor.
_____/

Chapter 13
Case No. 24-41956-MAR
Hon. Mark A. Randon

## STIPULATED ORDER FOR 2004 EXAMINATION

THIS MATTER having come before the Court upon Stipulation of the parties, and the Court being duly advised in the premises:

**IT IS HEREBY ORDERED** that the Debtor, Brandon Heitmann, shall attend a Fed. R. Bankr. P. 2004 examination at the law offices of OSIPOV BIGELMAN, P.C., 20700 Civic Center Drive, Suite 420, Southfield, MI 48076 on September 3, 2024 at 1:30 p.m., and at any continuations thereof at a date and time to be agreed by the parties.