UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

BRANDON HEITMANN,

    Debtor.
_____/

Chapter 13
Case No. 24-41956-MAR
Hon. Mark A. Randon

## STIPULATED ORDER FOR 2004 EXAMINATION

THIS MATTER having come before the Court upon Stipulation of the parties, and the Court being duly advised in the premises:

**IT IS HEREBY ORDERED** that the Debtor, Brandon Heitmann, shall attend a Fed. R. Bankr. P. 2004 examination at the law offices of OSIPOV BIGELMAN, P.C., 20700 Civic Center Drive, Suite 420, Southfield, MI 48076 on September 3, 2024 at 1:30 p.m., and at any continuations thereof at a date and time to be agreed by the parties.

**Signed on August 27, 2024**



/s/ Mark A. Randon
Mark A. Randon
United States Bankruptcy Judge