# EXHIBIT B

# LARA Corporations Online Filing System
## Department of Licensing and Regulatory Affairs

**ID Number:** 802082183

[Request certificate] [Return to Results] [New search]

**Summary for:** EXIGENT LANDSCAPING, LLC

**The name of the DOMESTIC LIMITED LIABILITY COMPANY:** EXIGENT LANDSCAPING, LLC

**Entity type:** DOMESTIC LIMITED LIABILITY COMPANY

**Identification Number:** 802082183   **Old ID Number:** F1496H

**Date of Organization in Michigan:** 04/21/2017

**Purpose:** All Purpose Clause

**Term:** Perpetual

**The name and address of the Resident Agent:**

| | |
|---|---|
| Resident Agent Name: | BRANDON HEITMANN |
| Street Address: | 13246 23 MILE RD |
| Apt/Suite/Other: | |
| City: | SHELBY TWP   State: MI   Zip Code: 48315 |

**Registered Office Mailing address:**

| | |
|---|---|
| P.O. Box or Street Address: | 13246 23 MILE RD |
| Apt/Suite/Other: | |
| City: | SHELBY TWP   State: MI   Zip Code: 48315 |

**Act Formed Under:** 023-1993 Michigan Limited Liability Company Act

**Managed By:** Members

[View Assumed Names for this Business Entity]

**View filings for this business entity:**

ALL FILINGS
ANNUAL REPORT/ANNUAL STATEMENTS
CERTIFICATE OF CORRECTION
CERTIFICATE OF CHANGE OF REGISTERED OFFICE AND/OR RESIDENT AGENT
RESIGNATION OF RESIDENT AGENT
CERTIFICATE OF ASSUMED NAME

[View filings]

**Comments or notes associated with this business entity:**

[LARA FOIA Process](#)     [Transparency](#)     [State Web Sites](#)

[Michigan.gov Home](#)     [ADA](#)     [Michigan News](#)     [Policies](#)

Copyright 2024 State of Michigan