# EXHIBIT D

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Case Number: 23-46912-tjt

**Exigent Landscaping, LLC,**                       Chapter 11 – Subchapter V

    Debtor.                                      Hon. Thomas J. Tucker
_____/

**UNITED STATES TRUSTEE'S MOTION TO CONVERT CASE**

Andrew R. Vara, United States Trustee, states as follows:

This is the United States Trustee's Motion seeking conversion of this case to chapter 7 under 11 U.S.C. § 1112(b). The Debtor and its sole owner and President, Brandon Heitman, have engaged in conduct pre- and post-petition that is either dishonest or incompetent, have grossly mismanaged the affairs of the debtor, and have generally failed to act in accordance with their fiduciary duty to the estate. Furthermore, the Debtor has not generated income from its business operations sufficient to confirm a plan of reorganization; in fact, it continues to lose money. There is cause for conversion.

1. This Motion is brought under 11 U.S.C. § 1112(b) to convert this case. A proposed Order is attached.

**Background**

2. The Debtor filed this Chapter 11 case on August 7, 2022.

3. The Debtor is a design-and-build outdoor construction company. The Debtor specializes in 3D designs, pools, landscaping, hardscaping, and outdoor kitchens.

4. Brandon Heitman is the 100% owner and president of the Debtor.

5. Mark Shapiro is the Sub-Chapter V Trustee.

6. Mr. Heitman, in connection with the Debtor's business operations, is facing felony charges for taking money under false pretenses and for the fraudulent use of funds in trust under Michigan law.

7. The Debtor is facing several lawsuits or arbitrations with former customers.

8. The original Schedules, Statement of Financial Affairs and related documents were filed August 21, 2023 [Docket No. 50]. Schedule E/F was amended [Dockets No. 83].

9. The 341 Meeting of Creditors was held on September 11, 2023. Mr. Heitman testified on behalf of the Debtor.

**Gross Mismanagement of the Estate**

*The Debtor's Pre-petition Conduct*

10. The Debtor engaged in pre-petition activity inconsistent with ordinary business practices. In the months prior to seeking bankruptcy relief, the Debtor,

under Mr. Heitman's control, grossly mismanaged its financial affairs at the expense of its creditors.

11. The Debtor failed to keep adequate business records. Specifically, the Debtor (1) cannot account for money it received from customers, (2) cannot adequately explain how those funds were spent, and (3) has not reasonably justified funds withdrawn by Mr. Heitman from the business accounts.

12. The Debtor took money from customers that were not used for the contracted jobs.

13. In the months prior to filing bankruptcy, the Debtor received downpayments from customers for jobs, totaling $227,394.00.

| Customer | Deposit Date | Deposit Amount |
|---|---|---|
| Mark Shamaya | 11/22 | $87,394 |
| Joe Hebeka | 5/23 | $60,000 |
| Joe Regalado | 5/23 | $80,000 |
| **Total** | | $227,394 |

14. The customers canceled these jobs before work began.

15. The Debtor did not return the downpayments to the customers, it did not have those funds when the bankruptcy case was filed, and cannot account for the funds now.

16. In addition, the Debtor is unable to account for how customer payments were applied on active jobs. The Debtor has not been able to show that money

received for a particular contract was in fact used to pay for labor or other expenses related to the specific project.

17. The Debtor has several customers it did not list as creditors. It contends it simply provided notice because the Debtor claims it has completed all the contractually required work, but the Debtor cannot substantiate this claim. Several customers contend the Debtor did not complete the full scope of work.

18. The Debtor is either making false assertions that work has been completed when it has not, or it has failed to keep adequate records and exposed the Debtor to claims of fraud from customers. In either case, the management has been incompetent, or worse.

19. Finally, while the Debtor was accepting customer deposits and failing to fulfill contract obligations, Mr. Heitman was withdrawing money from the Debtor far in excess of his salary.

20. Mr. Heitman testified at the 341 Meeting of Creditors that his compensation was limited to his annual salary of $80,000 plus a commission of 2.5% of any sales. The Statement of Financial Affairs, signed by Mr. Heitman, also states that he received $58,081.96 in salary and distributions prior to filing. SOFA 4.2.

21. But, both statements are false. According to bank statements, Mr. Heitman took more than $170,000.00 from the Debtor in the months leading up to the bankruptcy filing, as shown below.

| Account #7428 | Withdraw Date | Withdraw Amount | Withdrawn By |
|---|---|---|---|
| Miscellaneous Debit | 4/13/23 | $4,500 | Brandon Heitman |
| Check | 4/14/23 | $3,000 | Brandon Heitman |
| Check | 4/17/23 | $1,000 | Brandon Heitman |
| Miscellaneous Debit | 4/17/23 | $3,000 | Brandon Heitman |
| Miscellaneous Debit | 4/17/23 | $3,000 | Brandon Heitman |
| Miscellaneous Debit | 4/17/23 | $10,000 | Brandon Heitman |
| Miscellaneous Debit | 4/18/23 | $20,000 | Brandon Heitman |
| Miscellaneous Debit | 4/20/23 | $30,000 | Brandon Heitman |
| Outgoing Wire - Brandon Heitmann Wings Financial CU | 4/21/23 | $15,000 | Brandon Heitman |
| Check | 4/25/23 | $3,000 | Brandon Heitman |
| Check | 5/5/23 | $20,000 | Brandon Heitman |
| Check | 5/5/23 | $15,000 | Brandon Heitman |
| Miscellaneous Debit | 5/15/23 | $3,000 | Brandon Heitman |
| Check | 5/26/23 | $5,008 | Brandon Heitman |
| Check | 5/30/23 | $2,000 | Brandon Heitman |
| Check | 6/2/23 | $3,000 | Brandon Heitman |
| Check | 6/5/23 | $6,000 | Brandon Heitman |
| Check | 6/5/23 | $5,000 | Brandon Heitman |
| Check | 6/12/23 | $8,000 | Brandon Heitman |
| Check | 6/12/23 | $3,000 | Brandon Heitman |
| Miscellaneous Debit | 6/12/23 | $3,000 | Brandon Heitman |
| Check | 6/20/23 | $3,000 | Brandon Heitman |
| Check | 7/24/23 | $5,000 | Brandon Heitman |
| **TOTAL** | | **$173,508** | |

22. This is more than three times the amount reported by the Debtor and sworn to by Mr. Heitman.

23. Mr. Heitman comingled his personal funds with the Debtor's. Mr. Heitman testified at the 341 Meeting of Creditors that he did not know whether the

money he used to buy or lease cars, a Lamborghini and an Audi, came from his own funds or those of the Debtor.

24. The Debtor cannot account for money coming in, or how it was spent. Mr. Heitman used the business accounts as his personal blank checks. The Debtor's inability to provide detailed accounting or adequate explanation is further evidence of gross mismanagement, and leaves the Debtor open to the implication that Mr. Heitman used customer deposits for his personal gain.

### *The Debtor's Post-Petition Inaccuracies*

25. The Debtor's Statement of Financial Affairs is inaccurate. The inaccuracies reflect Mr. Heitman's continued disregard for or general lack of knowledge about the Debtor's financial affairs.

26. As discussed above, the SOFA did not accurately disclose Mr. Heitman's compensation.

27. The Debtor listed the sale of five pieces of equipment in 2022. SOFA 13. The 2022 Debtor's tax returns list the sales of an additional ten pieces of equipment that occurred in 2022 that were not disclosed on SOFA, netting the Debtor over $250,000.00.

| Equipment | Date of Sale | Net Profit |
|---|---|---|
| 2006 Ford 350 | 7/1/22 | $500 |
| CAT Skidsteer 8 | 7/31/22 | $696 |
| 2020 GMC Sierra | 7/31/22 | $46,000 |
| 2008 Box Truck | 7/31/22 | $5,000 |

| | | |
|---|---|---|
| 299 D A266Q | 7/31/22 | $35,000 |
| 40FT Semi Trailer | 7/31/22 | $1,000 |
| 2019 Boss DX | 7/31/22 | $2,000 |
| Compact Track Loader | 7/1/22 | $47,000 |
| Track Loader 15-L60 | 7/1/22 | $22,000 |
| Loader 2000 | 7/1/22 | $10,000 |
| Shipping Containers | 7/1/22 | $5,000 |
| 1990 Trailer | 7/1/22 | $2,000 |
| Concrete Pump | 7/1/22 | $80,000 |
| **Total** | | **$256,196** |

28. In addition, on its 2022 tax return, dated October 9, 2023, the Debtor reports the sale of three pieces of equipment that were not actually sold.

29. The Debtor's inability to correctly track and account for its assets is alarming.

30. SOFA has not been amended to correct any of these inaccuracies.

31. The Debtor has engaged in other questionable post-petition behavior. At the time of filing the Debtor's accounts receivable was $185,000.00. At the 341 Meeting of Creditors the Debtor testified that it had collected approximately $80,000.00 of its accounts receivable since filing.

32. But the August Monthly Operating Report (the "August MOR") [Docket #65] does not account for the $80,000.00 in collected receivables. It is unclear what became of these funds.

33. In addition, the August MOR lists accounts receivable of $74,781.90, or $30,218.10 less than expected after Mr. Heitman's testimony ($105,000.00 - $74,781.90).

34. The Debtor has been unable to adequately explain the change in accounts receivable.

**Continued Business Loss**

35. The Debtor has continued to lose money.

36. The August MOR showed a monthly profit of $33,028.21 [Docket #65]. This is inaccurate. The Debtor actually had a net loss.

37. The documents attached to the August MOR highlight that the MOR is inaccurate. The profit and loss statement shows that the Debtor understated its income by about $17,000, but understated its expenses by nearly $143,000. Thus, the claimed $33,028.21 profit is actually a loss of $92,884.96.

38. The Debtor's failure to accurately report income and expenses, and thereby significantly inflating its profit, is further evidence of gross mismanagement.

39. The losses continue in September. The Debtor reported a net loss for September of $6,556.33 [Docket #81].

40. The cornerstone of the Debtor's cash collateral budget [Docket #6, Exhibit 2] is that the Debtor would be able to sell a pool to a new customer every

month for the months August, September, and October. The Debtor has not sold a new pool since the case was filed.

41. The Debtor's income has been based on "change orders" - updates or additions to current projects with current customers. The Debtor does not have any new pool clients, and going into the winter, will not be able to sustain a pool build-and-design business. The Debtor's business structure cannot be sustained by current clients.

42. There has been a continuing loss to the estate, and there is no likelihood of rehabilitation.

**Legal Authority**

43. 11 U.S.C. §1112 (b)(1) provides that the court shall convert a case under chapter 11 to one under chapter 7, or dismiss a case for cause, unless the court determines that the appointment of a trustee under section 1104(a) is in the best interest of creditors and the estate.

44. Section 1112(b) includes a non-exhaustive list of factors that may constitute cause for conversion or dismissal, including a substantial or continuing loss to or diminution of the estate and the absence of the reasonable likelihood of rehabilitation and gross mismanagement of the estate, [*See* 11 U.S.C. §1112(b)(4)(A) and (B)].

45. Courts have discretion in determining what constitutes cause under Section 1112(b) and are not limited to the factors set forth in the statute. *In re YBA Nineteen, LLC* 505 B.R. 289 (S.D. Cal. 2014). A "bankruptcy court has broad discretion to dismiss a Chapter 11 case under 11 U.S.C. § 1112(b)." *AMC Mortg. Co. v. Tenn. Dep't of Revenue (In re AMC Mortg. Co.),* 213 F.3d 917, 920 (6th Cir.2000).

46. A debtor's misconduct, whether pre-petition or post-petition, may constitute cause for conversion or dismissal of a chapter 11 case.

47. Courts have found that pre-petition conduct of debtors may be cause under 11 U.S.C. §1112(b) to convert a chapter 11 case. See *In re Tarquinio*, No. 17-CV-01917 (PGS), 2017 WL 5707538 (D.N.J. Nov. 27, 2017) (Debtor's prior misconduct in underlying state court litigation, which conduct was inconsistent with the interests of creditors, was properly considered cause for conversion.) Also see, *In re Picacho Hills Util. Co., Inc.*, 518 B.R. 75 (Bankr. D.N.M. 2014) (The Court was not convinced the Debtor could pursue avoidance actions in an unbiased manner, and under the circumstances, a chapter 7 trustee should be appointed to investigate the suspect transfers.).

48. Courts have also found that the post-petition conduct of a debtor, including gross mismanagement, is grounds for conversion under 11 U.S.C. §1112(b)(4)(B). See *In re Domiano* 442 B.R. 97 (Bankr. MD Pa 2010) (The

bankruptcy court found that the Debtor's post-petition conduct, including the filing of incomplete and cursory monthly operating reports, raised serious concerns about whether the debtors had met their fiduciary responsibilities, established cause for conversion.)

49. Conversion is in the best interest of the estate. There may be assets that could be administered for the benefit of creditors. An investigation should be done by a Chapter 7 Trustee to determine if there is money available for unsecured creditors.

**WHEREFORE,** the United States Trustee requests that this Court enter an order under 11 U.S.C. § 1112(b) converting this case.

                                        Respectfully submitted,

                                        **ANDREW R. VARA**
                                        **UNITED STATES TRUSTEE**
                                        Regions 3 and 9

                            By:   /s/ Kelley Callard
                                  Trial Attorney
                                  Office of the U.S. Trustee
                                  211 West Fort St - Suite 700
                                  Detroit, Michigan 48226
                                  (313) 226-6773
                                  Kelley.Callard@usdoj.gov
                                  [P68537]

Dated: November 16, 2023

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case Number: 23-46912-tjt

**Exigent Landscaping, LLC,**  Chapter 11 – Subchapter V

    Debtor.  Hon. Thomas J. Tucker
_____/

**ORDER CONVERTING PROCEEDING**

**THIS MATTER** came before the Court upon the Motion of the U.S. Trustee to convert this case. Notice was properly served upon the Debtor and no response was timely filed or served upon the U.S. Trustee. The Court is otherwise fully advised in the premises,

**NOW, THEREFORE,**

**IT IS ORDERED** that the case is **CONVERTED** to Chapter 7, and that the Debtor, within 28 days, will file a final report and account including schedules of unpaid debts incurred, and executory contracts or leases and of property acquired, after the commencement of the Chapter 11 cases.

**IT IS FURTHER ORDERED** that within 14 days, the Debtor will file a supplemental matrix of the names and addresses of all creditors who became such only during the pendency of their Chapter 11 cases, if any.

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                  Case Number: 23-46912-tjt

**Exigent Landscaping, LLC,**                           Chapter 11 – Subchapter V

    Debtor.                          Hon. Thomas J. Tucker
_____/

## NOTICE OF MOTION TO CONVERT CASE

The United States Trustee has filed papers with the court to convert this proceeding.

**<u>Your rights may be affected</u>.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you not have an attorney, you may wish to consult one.).

If you do not want the court to dismiss the case, or if you want the court to consider your views on the motion, **within 21 days**, you or your attorney must:

    1.    File with the court a written response or an answer, explaining your position at:[1]

        U.S. Bankruptcy Court
        211 West Fort Street, Suite 1700
        Detroit, MI 48226

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

    You must also mail a copy to:    Kelley Callard
                                      Office of the United States Trustee
                                      211 West Fort Street, Suite 700
                                      Detroit, MI 48226

    2.    If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

                                                      **ANDREW R. VARA**
                                                      **UNITED STATES TRUSTEE**
                                                      Regions 3 and 9

                                      By    <u>/s/ Kelley Callard</u>
                                                     Trial Attorney [P68537]
                                                     Office of the U.S. Trustee
                                                     211 West Fort St - Suite 700
                                                     Detroit, Michigan 48226
                                                     (313) 226-6773
                                                     Kelley.Callard@usdoj.gov

Dated: November 16, 2023

---

[1] Response or answer must comply with F.R.Civ.P. 8(b), (c) and (e)

| In re:  Exigent Landscaping, LLC, Debtor(s). | Case No.: 23-46912  Chapter: 11 |
|---|---|

# DECLARATION OF MAILING

On 11/16/2023, I requested service of the document(s) described below ("Documents Served") by utilizing the services of BMC Group, Inc., an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office. The service order requested that Documents Served be delivered to the party(s) listed and by mode(s) of service indicated on Exhibit A. A separate certificate of service will be provided by BMC Group, Inc.

United States Trustee's Motion to Convert Case, Notice of Motion

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.
11/16/2023

/S/ Kelley Callard
Kelley Callard Bar Number: [P68537]
211 West Fort Street
Suite 700
Detroit, MI 48226
kelley.callard@usdoj.gov
(313) 226-6773

# Exhibit A
# Exigent Landscaping, LLC 23-46912
## Exhibit A – Declaration of Mailing

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 12021 | 23 Mile Storage, LLC , c/o Tommy Haji, 965 Wanda, Detroit, MI, 48220-2959 | First Class |
| 12021 | 24 Capital , 1545 Route 202, Suite 101, 10907, NY | First Class |
| 12021 | AG Gas Service , 27231 Doxtator, Dearborn Heights, MI, 48127-4903 | First Class |
| 12021 | Alex Boyd and Rebecca Boyd , c/o John F. Harrington, 30500 Van Dyke Ave, Warren, MI, 48093-2109 | First Class |
| 12021 | ally , PO Box 380902, Minneapolis, MN, 55438-0902, United States of America | First Class |
| 12021 | Ally Bank , AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK, 73118-7901 | First Class |
| 12021 | Ally Bank c/o AIS Portfolio Services, LLC , 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK, 73118-7901, United States of America | First Class |
| 12021 | American Express , PO Box 650448, Dallas, TX, 75265-0448, United States of America | First Class |
| 12021 | American Express National Bank , c/o Becket and Lee LLP, PO Box 3001, Malvern, PA, 19355-0701 | First Class |
| 12021 | AmeriCredit Financial Services, Inc. dba GM , P O Box 183853, Arlington, TX, 76096-3853, United States of America | First Class |
| 12021 | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON, TX, 76096-3853, United States of America | First Class |
| 12021 | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON, TX, 76096-3853, United States of America | First Class |
| 12021 | Angela Serrano , 181 Linda Lane, Bloomfield Hills, MI, 48304-2819 | First Class |
| 12021 | Angela Serrano | None |
| 12021 | Anthony Wayne Kahn , Law Office of Anthony Wayne Kahn, 33110 Grand River Avenue, Farmington, MI, 48336-3120 | First Class |
| 12021 | Aqua Hall , 2992 Gramer Road, Webberville, MI, 48892-8700 | First Class |
| 12021 | Aqua Haul , 2992 Gramer Rd, 2992 Gramer Rd, Webberville, MI, 48892-8700 | First Class |
| 12021 | Arlington Masonry Supply , 7500 23 Mile Road, Shelby Twp, MI, 48316-4422 | First Class |
| 12021 | Auto Owners Insurance , 6101 Anacapri Blvd, Lansing, MI, 48917-3994 | First Class |
| 12021 | Barajas Enterprise , 1217 Chandler Ave., Lincoln Park, MI, 48146-2007 | First Class |
| 12021 | BILL, 6220 America Center Dr., Suite 100, San Jose, CA, 95002 | First Class |
| 12021 | BMO Bank N.A. , 1625 W. Fountainhead Pkwy, Tempe, AZ, 85282-2371 | First Class |
| 12021 | Brandon Heitmann , 60749 Forrest Creek Drive, Washington, MI, 48094-1846 | First Class |
| 12021 | c/o CRF Solutions , PO Box 1389, Simi Valley, CA, 93062-1389, United States of America | First Class |
| 12021 | Caterpillar Financial Servcies Corp. , 2120 West End Avenue, Nashville, TN, 37203-5341 | First Class |
| 12021 | Changhua Wang , c/o Doron Yitzchaki, Esq., Dickinson Wright PLLC, Ann Arbor, MI, 48104-2131 | First Class |
| 12021 | Changhua Wang and Bin He , c/o Doron Yitzchaki, Esq., Dickinson Wright PLLC, Ann Arbor, MI, 48104-2131 | First Class |
| 12021 | Chris Burke , 15182 Cranbrook Court, Utica, MI, 48315-2127 | First Class |
| 12021 | Chris Seitz , 1415 Greenleaf, Royal Oak, MI, 48067-1174 | First Class |
| 12021 | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JOHNSTON, RI, 02919-1922 | First Class |
| 12021 | Classic Pools , 14073 Southwoods Court, Southgate, MI, 48195-3739 | First Class |
| 12021 | Congil Truck Lines , 6216 West MINSTER DRIVE, P.O. 850, Lambeth Stn | First Class |
| 12021 | Connelly Crane Rental Corp , 12635 Marion, Redford, MI, 48239-2652 | First Class |
| 12021 | Dan Hagy , 4582 Lakshore Road, Fort Gratiot, MI, 48059-3527 | First Class |
| 12021 | Dana Caran , 17742 Hogan Dr., Macomb, MI, 48042-1775 | First Class |
| 12021 | Daniel Carter , c/o John F. Harrington, 30500 Van Dyke Ave, Warren, MI, 48093-2109 | First Class |
| 12021 | Daniel DiCicco , Ahern & Kill PC, 355 S. Old Woodward Ave, Ste 210, Birmingham, MI, 48009-6203 | First Class |
| 12021 | Dany Batti , 101 W. Big Beaver Rd., Suite 104, Troy, MI, 48084-5253 | First Class |
| 12021 | Demetrios James Minnie Papageorgiou , 4882 Riverchase Drive, Troy, MI, 48098-4185 | First Class |
| 12021 | Doron Yitzchaki , Dickinson Wright PLLC, 350 South Main Street, Suite 300, Ann Arbor, MI, 48104-2131 | First Class |
| 12021 | EBF Holdings LLC | None |
| 12021 | Elena Morales , 66591 Campground Road, Washington, MI, 48095-1853 | First Class |
| 12021 | Eli Zahka , 19052 Chaumont Way, Monroe, MI, 48162 | First Class |
| 12021 | ERC Specialist , 560 East Timpanogos Circle, Orem, UT, 84097-6225 | First Class |
| 12021 | ERC Specialists, LLC , 560 E Timpanogos Circle, Orem, UT, 84097-6225 | First Class |
| 12021 | Ernest Hassan , Stevenson & Bullock, P.L.C., 26100 American Drive, Southfield, MI, 48034-6184 | First Class |
| 12021 | Everest Businss Funding , 102 W 38th Street, 6th Floor, New York, NY, 10018-3664 | First Class |
| 12021 | Exigent Landscaping, LLC , 13246 23 Mile Road, Shelby Township, MI, 48315-2712 | First Class |
| 12021 | Fantastic Pools LLC , 1615 Myron, Lincoln Park, MI, 48146-3829 | First Class |
| 12021 | First Foundation  Bank , 5403 Olympic Drive NW, Gig Harbor, WA, 98335-1853 | First Class |
| 12021 | Fleet Masters Equipment , 2375 Dixie Hwy, Waterford, MI, 48328-1811 | First Class |

# Exhibit A – Declaration of Mailing

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 12021 | Fundbox Financing , 6900 Dallas Parkway, Suite 700, Plano, TX, 75024-7188 | First Class |
| 12021 | Gateway Engineering , 8155 Annsbury Dr., Suite 109, Utica, MI, 48316-1914 | First Class |
| 12021 | Genniver Jameel , 7178 Lasher Road, Bloomfield Hills, MI, 48301-4044 | First Class |
| 12021 | Geoff Wilson , 7335 East Greenwich, Bloomfield Hills, MI, 48301-3919 | First Class |
| 12021 | GM Financial , PO Box 183834, Arlington, TX, 76096-3834 | First Class |
| 12021 | Grace Transport , 9825 Alondra Ave, Pharr, TX, 78577-8445 | First Class |
| 12021 | Hecktor Orozco , 6254 Peral Street, Detroit, MI, 48209 | First Class |
| 12021 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA, PA, 19101-7346 | First Class |
| 12021 | Internal Revenue Service , Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA, 19101-7346 | First Class |
| 12021 | IOU Central Inc. d/b/a IOU Finanical , Inc., c/o Bret T. Thrasher, Atlanta, GA, 30309-7677 | First Class |
| 12021 | Ivan Salem , 66 W Millington Rd., Fostoria, MI, 48435-9528 | First Class |
| 12021 | J & H Transportation Inc , 39999 Garfield Rd, Clinton Township, MI, 48038-4098 | First Class |
| 12021 | J&H Transporation Co. , 37580 Mound Road, Sterling Heights, MI, 48310-4122 | First Class |
| 12021 | James Shamas , 3927 Forster Lane, Utica, MI, 48316-3802 | First Class |
| 12021 | Jeff English , 53200 Van Dyke Ave., Shelby Twp, MI, 48316-2598 | First Class |
| 12021 | Jeff Tripoli , 5480 Carrollton Court, Rochester, MI, 48306-2393 | First Class |
| 12021 | Jennifer Hernandez , 49145 Cranbrook Drive, Macomb, MI, 48044-1543 | First Class |
| 12021 | Joe Hebeka and Angela Hebeka , 6435 Creekside Lane, Utica, MI, 48316-5394 | First Class |
| 12021 | Joe Regalado , 14127 Kings Park Court, Utica, MI, 48315-4159 | First Class |
| 12021 | John Benincasa , 20011 Sycamore Drive, Macomb, MI, 48044-5725 | First Class |
| 12021 | John F Harrington , Law Offices John F. Harrington, 30500 Van Dyke Avenue, Warren, MI, 48093-2109 | First Class |
| 12021 | John F Harrington , 30500 Van Dyke Avenue, Suite 200, Warren, MI, 48093-2109 | First Class |
| 12021 | John F Harrington , Law Offices John F. Harrington, 22162 Chaucer Court, Macomb Township, MI, 48044-3897 | First Class |
| 12021 | Kelley Wallis , 5818 Carmen Court East, West Bloomfield, MI, 48324-2912 | First Class |
| 12021 | Kelsey Acho , 32721 White Oaks Trail, Franklin, MI, 48025-2563 | First Class |
| 12021 | Kirk, Huth, Lange & Badalamenti, P.L.C. , 19500 Hall Rd #100, Clinton Township, MI, 48038-5317 | First Class |
| 12021 | Kristen Toma , 20652 Breezeway Dr., Macomb, MI, 48044-3518 | First Class |
| 12021 | KSERVICING WIND DOWN CORP, ATTN NICOLE MANOS, 3370 N HAYDEN ROAD #123, SCOTTSDALE, AZ, 85251-6632 | First Class |
| 12021 | Lee Cameron , 49337 Marte, New Baltimore, MI, 48047 | First Class |
| 12021 | MacAllister Machinery Co., Inc , c/o CRF Solutions, PO Box 1389, Simi Valley, CA, 93062-1389 | First Class |
| 12021 | Macallister Rental , 6300 South Eastern Ave, Indianapolis, IN, 46203-5828 | First Class |
| 12021 | Malek Shamaya , 19429 Gold River, Macomb, MI, 48044-4251 | First Class |
| 12021 | Marc Piper , 6970 Valley Spring Dr., Bloomfield Twp, MI, 48301-2847 | First Class |
| 12021 | Marco , 42945 Whitestone St., Northville, MI, 48168-2061 | First Class |
| 12021 | Maria Ashkar , 47681 Manorwood Drive, Northville, MI, 48168-8471 | First Class |
| 12021 | Mark H. Shapiro , 25925 Telegraph Rd., Suite 203, Southfield, MI, 48033-2527 | First Class |
| 12021 | Matt Decoster , 37676 Huron Pointe Drive, Harrison Township, MI, 48045-2823 | First Class |
| 12021 | Matt Grant , 1200 Lone Pine Road, Bloomfield Hills, MI, 48302-2816 | First Class |
| 12021 | Matt Martin , 1422 Pueblo Court, Milford, MI, 48381-2978 | First Class |
| 12021 | Megan Madaus , 18210 Fairway Dr., Detroit, MI, 48221-2707 | First Class |
| 12021 | Michael J. Balian , 100 W. Big Beaver Rd., Ste 333, Troy, MI, 48084-5283 | First Class |
| 12021 | Michele Breteton , 49876 Baker Court, Macomb, MI, 48044-1525 | First Class |
| 12021 | Michigan Department of Treasury , Collections/Bankruptcy Unit, P.O. Box 30168, Lansing, MI, 48909-7668 | First Class |
| 12021 | Moe Saad , 921 Crescent Drive, Dearborn, MI, 48124-1209 | First Class |
| 12021 | Nacy Afr , 1085 Glengarry Circle East, Bloomfield Hills, MI, 48301-2214 | First Class |
| 12021 | Natalie Powers , 697 Sunningdale, Grosse Pointe, MI, 48236-1627 | First Class |
| 12021 | Nick Pinozzi , 55520 Whitney Ct., Utica, MI, 48315-6668 | First Class |
| 12021 | Oakland Fuels , 3943 Airport Road, Waterford, MI, 48329-1308 | First Class |
| 12021 | Partha Nadi , 3514 Pine Estates, Bloomfield Hills, MI, 48302 | First Class |
| 12021 | Pawnee Leasing Corporation , c/o Ali, 654 Amherst Road, Sunderland, MA, 01375-9420 | First Class |
| 12021 | Peter Hutchens , Bredernitz, Wagner & Co., 109 W Clinton St, Howell, MI, 48843-1598 | First Class |
| 12021 | Peterson Brothers Co. , 9680 Grineel Ave, Detroit, MI, 48213-1149 | First Class |
| 12021 | Ratnesh Mehra , 232 Forest Ave., Royal Oak, MI, 48067-1875 | First Class |
| 12021 | Rock Botton , 4057 S Dort Hwy, Burton, MI, 48529 | First Class |
| 12021 | Ryan Kelly , 8884 Morning Mist Dr., Clarkston, MI, 48348-2868 | First Class |

# Exhibit A – Declaration of Mailing

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 12021 | Sam Jarbo , 33717 Woodward Ave, Ste 560, Birmingham, MI, 48009-0913 | **First Class** |
| 12021 | Samantha Ceislak , 1123 Hickory Ave., Royal Oak, MI, 48073-3290 | **First Class** |
| 12021 | Sandra M. Kelly , Ryan Kelly, 8884 Morning Mist Dr., Clarkston, MI, 48348-2868 | **First Class** |
| 12021 | Sandra M. Kelly , 8884 Morning Mist Dr., Clarkston, MI, 48348-2868 | **First Class** |
| 12021 | SCP Pool Corp. , 35015 Glendale St., Livonia, MI, 48150-1230 | **First Class** |
| 12021 | Shannon Barnhardt , 49739 Chaucher Court, Macomb, MI, 48044-3899 | **First Class** |
| 12021 | Sheffiled , PO Box 25127, Winston Salem, NC, 27114-5127 | **First Class** |
| 12021 | Simna Kumar , 4424 Barchester Dr., Bloomfield Hills, MI, 48302-2115 | **First Class** |
| 12021 | Site One Landscape Supply , 24110 Network Place, Chicago, IL, 60673-1241 | **First Class** |
| 12021 | Stafford Landscaping LLC , PO Box 736, Memphis, MI, 48041-0736 | **First Class** |
| 12021 | State of Michigan , Department of Treasury, Collections Division, Lansing, MI, 48922-0001 | **First Class** |
| 12021 | State of Michigan , Department of Attorney General, Cadillac Place, Detroit, MI, 48202-6030 | **First Class** |
| 12021 | State of Michigan , Department of Treasury, P.O. Box 77437, Detroit, MI, 48277-0437 | **First Class** |
| 12021 | Stephanie Wells , 19489 Waltham Road, Franklin, MI, 48025-5124 | **First Class** |
| 12021 | Stephanie Wells , 19489 Waltham Rd., Beverly Hills, MI, 48025-5124 | **First Class** |
| 12021 | Terry Riddle , 7605 17 Mile Road, Sterling Heights, MI, 48313-4533 | **First Class** |
| 12021 | The Hills of Lone Pine Association , c/o Norman Orr, 201 West Big Beaver, Troy, MI, 48084-4161 | **First Class** |
| 12021 | Tommisns Tounsel , 13221 Maple Lawn Drive, Utica, MI, 48315-2305 | **First Class** |
| 12021 | U.S. Small Business Administration , 2 North street, Suite 320, Birmingham, AL, 35203 | **First Class** |
| 12021 | U.S. Small Bussiness Administration , 2 North street, Suite 320, Birmingham, AL, 35203 | **First Class** |
| 12021 | Unique Funding Solution , 71 S Central Ave, Suite 200, Valley Stream, NY, 11580-5403 | **First Class** |
| 12021 | Upstart Loan Operations , PO Box 1503, San Carlos, CA, 94070-7503 | **First Class** |
| 12021 | US BANK, PO BOX 5229, CINCINNATI, OH, 45201-5229, United States of America | **First Class** |
| 12021 | US BANK, PO BOX 5229, CINCINNATI, OH, 45201-5229, United States of America | **First Class** |
| 12021 | V Cap , 333 Parsall Ave., Cedarhurst, NY, 11516-1842 | **First Class** |
| 12021 | Valley Transport , c/o Roberto Gonzalez, 2001 Waterman, Detroit, MI, 48209-1558 | **First Class** |
| 12021 | Western Equipment Finance, Inc. , 503 Highway 2 West, Devils Lake, ND, 58301-2938 | **First Class** |
| 12021 | Western Equipment Finance, Inc. , P.O. Box 640, Devils Lake, ND, 58301-0640 | **First Class** |
| 12021 | Wiegands Farm , 32800 31 Mile Rd, Lenox, MI, 48050-1302 | **First Class** |
| 12021 | Wright Engineering , 1645 Village Center Circle, Ste 10, Las Vegas, NV, 89134-6371 | **First Class** |