# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

BRANDON HEITMANN,

      Debtor.
_____/

Chapter 13
Case No. 24-41956-MAR
Hon. Mark A. Randon

## ORDER GRANTING STIPULATION EXTENDING DEADLINE FOR CREDITOR MOHAMED SAAD ONLY TO OBJECT TO CONFIRMATION

This matter having come before the Court upon the stipulation between the Creditor, Mohamed Saad, and the Debtor, Brandon Heitmann, for entry of this Order, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the deadline for Creditor Mohamad Saad to object to confirmation is extended to **November 6, 2024.**

**Signed on October 7, 2024**



/s/ Mark A. Randon
Mark A. Randon
United States Bankruptcy Judge