UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

BRANDON L HEITMANN

CHAPTER 13
CASE NO. 24-41956-MAR
JUDGE MARK A RANDON

Debtor_____/

## TRUSTEE'S OBJECTION TO DEBTOR'S APPLICATION TO EMPLOY KOTZ SANGSTER WYSOCKI PC AS SPECIAL COUNSEL

**Now Comes** the Chapter 13 Trustee, KRISPEN S. CARROLL, and objects to the Debtor's Application to Employ Kotz Sangster Wysocki PC as Special counsel as follows:

1. Trustee objects to debtor's application to employ special counsel as the debtor will likely incur substantial post-petition debt to the detriment of his pre-petition creditors and Chapter 13 Plan. The debtor's Plan is already underfunded and infeasible. The amended Plan and Schedules do not support sufficient funding to pay any attorney fees.

**Wherefore**, the Chapter 13 Trustee prays this Honorable Court deny the relief requested.

Dated: October 21, 2024

OFFICE OF THE CHAPTER 13 TRUSTEE -DETROIT
KRISPEN S. CARROLL, CHAPTER 13 TRUSTEE

/s/ KRISPEN S. CARROLL-mcs
Krispen S. Carroll (P49817)
719 Griswold Street, Ste 1100
Detroit, MI 48226
(313) 962-5035
notice@det13ksc.com

Page 1 of 2
24-41956-mar    Doc 98    Filed 10/21/24    Entered 10/21/24 08:41:51    Page 1 of 2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  CHAPTER 13
BRANDON L HEITMANN  CASE NO. 24-41956-MAR
  JUDGE MARK A RANDON

Debtor_____/

## CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I electronically filed the **Trustee's Objection to Debtor's Application to Employ Kotz Sangster Wysocki PC as Special counsel** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

ROBERT N BASSEL
P O BOX T
CLINTON, MI 49236

October 21, 2024

/s/ Shannon Horton
SHANNON HORTON
For the Office of the Chapter 13 Trustee-Detroit
719 Griswold Street, Ste 1100
Detroit, MI 48226
(313) 962-5035
notice@det13ksc.com