UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

In re: Chapter 13

Brandon Heitmann, Case Number 24-41956

Debtor. Hon. Mark A. Randon

_____/

## ORDER CONDITIONALLY DENYING DEBTOR'S MOTION TO ENFORCE AUTOMATIC STAY

This matter is before the Court on Debtor's motion to enforce the automatic stay. The Court heard argument on October 23, 2024. For the reasons stated on the record and upon the agreement of Alex Boyd, Debtor's motion is **CONDITIONALLY DENIED**. On or before *October 31, 2024*, Alex Boyd must remove "Reach out if you have any questions or a similar story!" from the bottom of his website along with the "Contact Us!" link. Failure to do so may result in sanctions. No further changes to the website are required and it may remain online.

**IT IS ORDERED**.
**Signed on October 24, 2024**



/s/ Mark A. Randon
**Mark A. Randon**
**United States Bankruptcy Judge**