# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 24–41956–mar
Chapter: 13
Judge: Mark A. Randon

In Re: (NAME OF DEBTOR(S))
   Brandon Heitmann
   60749 Forest Creek Dr
   Washington Twp., MI 48094

Social Security No.:
   xxx–xx–8602

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the HEARING to consider and act upon the following:

*106* – Motion to Dismiss Case and Bar Filing Re: Failure to Qualify as Debtor Under Section 109(e) and Dismissal for Cause (Bad Faith) Under Section 1307 Filed by Creditor Mohamed Saad (Attachments: # 1 Exhibit A – Debtor's 2004 Examination Transcript) (Miller, Anthony)

will be held on: 12/4/24 at 02:30 PM at Courtroom 1825, 211 West Fort St., Detroit, MI 48226

EFFECTIVE JANUARY 1, 2024: Please Note: Any matters that are not confirmed, adjourned, resolved, or otherwise disposed of with the appropriate order to the Chapter 13 Trustee on or before the imposed deadline shall be heard by Judge Randon on the contested docket at 2:00 p.m. which will be telephonic at (202) 503–1666, Conference ID 231 911 059#

Dated: 12/2/24

                                              BY THE COURT

                                              Todd M. Stickle, Clerk of Court
                                              U.S. Bankruptcy Court