UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

BRANDON HEITMANN,

            Debtor.
_____/

Chapter 13
Case No. 24-41956-MAR
Hon. Mark A. Randon

**STIPULATION IN SUPPORT OF PROPOSED ORDER ADJOURNING HEARINGS ON CONFIRMATION, TO DISMISS AND EMPLOYMENT OF SPECIAL COUNSEL**

The undersigned parties, by and through counsel, stipulate to entry of the attached proposed Order to adjourn the above-captioned hearings from 12.4.2024 at 2:30 p.m. to 12.18.2024 at 2:30 p.m.

Approved:

/s/ Robert N. Bassel
Robert N. Bassel (P48420)
Attorney for Debtor
PO Box T
Clinton, MI 49236
248.677.1234
bbassel@gmail.com


**OSIPOV BIGELMAN, P.C.**

   /s/ Anthony J. Miller
Anthony J. Miller (P71505)
Attorney for Creditor Saad
20700 Civic Center Dr, Suite 420
Southfield, MI 48076
248.663.1800
am@osbig.com

ANDREW R. VARA
UNITED STATES TRUSTEE
Regions 3 and 9

By \_\_\_/s/ Sean Cowley_____
Trial Attorney
Attorney for Plaintiff
Office of the U.S. Trustee
211 West Fort St - Suite 700
Detroit, Michigan 48226
(313) 226-3432
Sean.Cowley@usdoj.gov


\_\_\_/s/ Margaret Conti Schmidt\_\_\_\_\_
Krispen S. Carroll (P49817)
Margaret Conti Schmidt (P42945)
Maria Gotsis (P67107)
Chapter 13 Trustee
719 Griswold
Suite 1100
Detroit, MII 48226
(313) 962-5035
notice@det13ksc.com


/s/ John F. Harrington \_
John F. Harrington, Attorney
30500 Van Dyke Avenue, Suite M-200
Warren, MI 48093
586-751-3610
AttysHarrington@comcast.net
Counsel for Creditors Boyd and Carter


\_/s/ Gregory Dickinson _____
GREGORY B. DICKINSON (Ill. Bar 6326817)
Assistant United States Attorney on Behalf of USA
211 W. Fort St., Ste. 2001
Detroit, MI 48226
(313) 226-9678

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
Brandon Heitmann,

        Debtor.

_____/

Chapter 13  
Case No. 24-41956  
Hon. Mark A. Randon

**STIPULATION IN SUPPORT OF PROPOSED ORDER ADJOURNING HEARINGS ON CONFIRMATION, TO DISMISS AND EMPLOYMENT OF SPECIAL COUNSEL**

Pursuant to the stipulation of counsel, it is

HEREBY ORDERED that, the hearings on confirmation, to dismiss and for employment of Kotz Sangster shall be adjourned from 12.4.2024 at 2:30 p.m. to 12.18.2024 at 2:30 p.m.