UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Chapter 13
 Case No. 24-41956
Brandon Heitmann,  Hon. Mark A. Randon

      Debtor.
_____/

**ORDER ADJOURNING HEARINGS ON CONFIRMATION, TO DISMISS AND EMPLOYMENT OF SPECIAL COUNSEL**

Pursuant to the stipulation of counsel, it is

HEREBY ORDERED that, the hearings on confirmation, to dismiss and for employment of Kotz Sangster shall be adjourned from 12.4.2024 at 2:30 p.m. to

**12.18.2024 at 2:30 p.m.**

**EFFECTIVE: JANUARY 1, 2024.** Note: Judge Randon is conducting all conferences and non-evidentiary hearings by telephone. At least five minutes prior to scheduled time for hearing, counsel and parties should call (202) 503-1666, Conference ID 231 911 059#  Please place phone on mute and wait until your case is called. Once case is called,  unmute  phone and participate.

**Signed on December 4, 2024**



/s/ Mark A. Randon
**Mark A. Randon**
**United States Bankruptcy Judge**