UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

BRANDON HEITMANN,

          Debtor.

_____/

Chapter 13
Case No. 24-41956-MAR
Hon. Mark A. Randon

**STIPULATION IN SUPPORT OF ENTRY OF PROPOSED
ORDER AUTHORIZING EMPLOYMENT OF KOTZ SANGSTER
AS SPECIAL COUNSEL**

The undersigned parties, by and through their attorneys, stipulate

to entry of the attached proposed Order.

Approved:

/s/ Robert N. Bassel
Robert N. Bassel (P48420)
Attorney for Debtor
PO Box T
Clinton, MI 49236
248.677.1234/bbassel@gmail.com

**ANDREW R. VARA**
**UNITED STATES TRUSTEE**
Regions 3 and 9

By _____/s/ Sean Cowley_____
Trial Attorney
Attorney for Plaintiff
Office of the U.S. Trustee
211 West Fort St - Suite 700
Detroit, Michigan 48226
(313) 226-3432
Sean.Cowley@usdoj.gov



Brandon Heitmann

Amanda Pisarski

Ann Heitmann                12/3/24


KOTZ SANGSTER WYSOCKI P.C.

__/s/ Tyler Phillips _____
By: Tyler P. Phillips (P78280)
Yousef M. Farraj (P79760)
400 Renaissance Center, Suite 3400
Detroit, MI 48243
(313) 259-8300
tphillips@kotzsangster.com
yfarraj@kotzsangster.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                  Chapter 13
                                                        Case No. 24-41956
Brandon Heitmann,                                       Hon. Mark A. Randon

                Debtor.

_____/

**ORDER GRANTING FURTHER APPLICATION OF THE
DEBTOR TO EMPLOY KOTZ SANGSTER WYSOCKI, P.C. AS
SPECIAL COUNSEL**

Upon the Application Of The Debtor to Employ Special Counsel,

the waiver of claims by Amanda Pisarski, Debtor's spouse, the

Amended Declaration by Tyler Phillips, and the Stipulation in Support

of Entry of this Proposed Order by Kotz Sangster, Brandon Heitmann,

Amanda Pisarski, Debtor's spouse, and Ann Heitmann, Debtor's

mother and the guarantor ("Guarantor") under the engagement

agreements between Debtor, Amanda Pisarski and Kotz Sangster, it

appearing that KOTZ SANGSTER WYSOCKI, P.C. does not represent

or hold any interest adverse to the debtor or to the estate with respect

to the matter on which such attorney is to be employed, and has no

interest adverse to the estate and sufficient cause exists to grant the application,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Application is granted subject to the requirements in the Application, and subject to the following:

During the pendency of the chapter 13 bankruptcy case, Guarantor shall pay all legal fees and expenses of Kotz Sangster, and neither Debtor nor his spouse nor her company, Resilient Outdoor Living, shall pay those legal fees and expenses, and Guarantor shall not seek reimbursement or contribution from the bankruptcy estate or from the debtor or debtor's spouse or her company, Resilient Outdoor Living.