UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

| | |
|---|---|
| In re: | Chapter 13 |
| Brandon Heitmann, | Case Number 24-41956 |
| Debtor. | Hon. Mark A. Randon |
| _____/ | |

### ORDER DENYING IN PART CREDITOR'S MOTION TO DISMISS

This matter is before the Court on Creditor Mohamed Saad's motion to dismiss. The Court heard argument on December 18, 2024. For the reasons stated on the record, Creditor's motion is **DENIED IN PART**. The Court finds the factors outlined in *In re Alt*, 305 F.3d 413, 419 (6th Cir. 2002) do not weigh in favor of a finding of bad faith.

The Court takes Creditor's argument that Debtor is not eligible to file a Chapter 13 bankruptcy because his debts exceed the debt limit under 11 U.S.C. § 109(e) under advisement. On or before *January 6, 2025*, Debtor must file an exhibit that explains each debt valued at $0.00 or listed as unknown on Schedule E/F. Creditor has until *January 20, 2025*, to file any objection to the exhibit.

**IT IS ORDERED**.
**Signed on December 19, 2024**



/s/ Mark A. Randon
_____
**Mark A. Randon**
**United States Bankruptcy Judge**