UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

BRANDON HEITMANN,

    Debtor.
_____/

MOHAMED SAAD,

    Plaintiff,

v.

BRANDON HEITMANN,

    Defendant.
_____/

Chapter 13
Case No. 24-41956-MAR
Hon. Mark A. Randon

Adv. Pro. No.24-04375-mar
Hon. Mark A. Randon

## APPEARANCE, NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

    PLEASE TAKE NOTICE that Tyler P. Phillips of the law firm Kotz Sangster & Wysocki, P.C. files this appearance in the above-captioned Adversary Proceeding as counsel for Defendant Brandon Heitmann, and requests that all notices given or required to be given in this case and all papers served in this case be given to and served upon the undersigned at the office and address set forth below.

    Respectfully submitted,

Dated: December 23, 2024    By:   /s/ Tyler P. Phillips
    TYLER P. PHILLIPS (P78280)
    Attorney for Defendant Heitmann
    400 Renaissance Center, Suite 3400
    Detroit, MI 48243
    Tel: 313-259-8300
    tphillips@kotzsangster.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

BRANDON HEITMANN,

    Debtor.
_____/

MOHAMED SAAD,

    Plaintiff,

v.

BRANDON HEITMANN,

    Defendant.
_____/

Chapter 13
Case No. 24-41956-MAR
Hon. Mark A. Randon

Adv. Pro. No.24-04375-mar
Hon. Mark A. Randon

## CERTIFICATE OF SERVICE

*Re:    Appearance, Notice of Appearance, and Request for Notices*

    I hereby certify that on December 23, 2024, I electronically served the foregoing paper(s) with the Clerk of the Court using the ECF system which will send notification of such filing to the Office of the United States Trustee and all those listed by the court as receiving electronic notices in this case from the court's CM/ECF system.

    Respectfully submitted,

    **Kotz Sangster Wysocki, P.C.**

Dated: December 23, 2024    /s/ Tyler P. Phillips
    TYLER P. PHILLIPS (P78280)
    Attorney for Defendant Heitmann
    400 Renaissance Center, Suite 3400
    Detroit, MI 48243
    Tel: 313-259-8300
    tphillips@kotzsangster.com