UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

In re:                                                                                     Chapter 13

Brandon Heitmann,                                Case Number 24-41956

    Debtor.                                                    Hon. Mark A. Randon

_____/

## ORDER SETTING HEARING

This matter is before the Court on Creditor Mohamed Saad's motion to dismiss case. On December 19, 2024, the Court entered an order denying the motion in part. Creditor's argument that Debtor is not eligible to file a Chapter 13 bankruptcy because his debts exceed the debt limit under 11 U.S.C. § 109(e) was taken under advisement. The Court has received the briefs filed by both parties and will issue a bench opinion on **February 26, 2025, at 2:30 p.m.** All interested parties must call 1-202-503-1666 and use conference ID 231 911 059#.

    **IT IS ORDERED**.
**Signed on February 5, 2025**



/s/ Mark A. Randon
**Mark A. Randon
United States Bankruptcy Judge**