UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

IN RE:

BRANDON HEITMANN,    Case No. 24-41956-mar
                    Chapter 13
　　　Debtor.          Hon. Mark A. Randon
_____/

## SECURED CREDITOR GM FINANCIAL'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY

Secured Creditor GM Financial, pursuant to Sections 362(d)(1) and (2) and 1301 of the United States Bankruptcy Code, moves this honorable Court for entry of an order granting relief from the automatic stay and the co-debtor stay and, in support thereof, says as follows:

1. Debtor filed this Chapter 13 bankruptcy case on February 29, 2024. At the time of filing this bankruptcy case, Debtor was indebted to Secured Creditor on a 2019 Chevrolet Silverado motor vehicle loan. The current balance on the loan is $16,337.46; photocopies of the Retail Installment Contract, Addendum to Retail Installment Contract showing the Debtor is the guarantor on the loan, and RD-108 evidencing the lien are marked as composite Exhibit A and attached hereto. Amanda Pisarski is the borrower on the motor vehicle loan.

2. Under the terms of the November 12, 2019 contract with Secured Creditor, monthly payments are due in the amount of $628.05 for a period of 84 months with the first payment due on December 12, 2019. In this Chapter 13 case, Debtor's Chapter 13 Plan provides for direct monthly payments to be made to Secured Creditor per contract on the 2019 Chevrolet Silverado loan, but the Debtor is currently in arrears on payments in the amount of $1,884.15.

3. Secured Creditor is, and at all pertinent times hereto, has been the owner and holder of the aforementioned contract.

4. Secured Creditor is entitled to an order granting it relief from the automatic stay and the co-debtor stay with regard to the aforementioned vehicle because Debtor has not paid, nor offered to pay, any adequate protection to Secured Creditor, the vehicle is not necessary to Debtor's reorganization, Debtor is in default on payments under the terms of the contract with Secured Creditor, and Debtor's Chapter 13 Plan provides for direct monthly payments even though Debtor is in arrears on payments. Also, upon information and belief, Debtor is not maintaining full insurance coverage on the vehicle.

5. Before filing this Motion, Creditor sought the concurrence of Debtor and the Trustee, but concurrence has been denied or Debtor has, and/or the Trustee has, not responded to the request.

WHEREFORE, Secured Creditor GM Financial prays that this honorable Court grant its Motion and enter an order granting it relief from the automatic stay and the co-debtor stay to exercise its lien and secured rights against the 2019 Chevrolet Silverado, including repossession and sale of the same, and that the order shall be effective immediately notwithstanding the provisions of Fed.R.Bankr.P. 4001(a)(3), and for such other and further relief as may be appropriate under the circumstances.

Date: February 10, 2025   /s/ S. Thomas Padgett
S. Thomas Padgett (P31748)
DeBrincat Padgett
Attorney for Creditor
27780 Novi Road, Suite 225
Novi, MI 48377
(248) 553-4333
michiganlawyer@aol.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

IN RE:

BRANDON HEITMANN,                                  Case No. 24-41956-mar
                                                              Chapter 13
                Debtor.                                 Hon. Mark A. Randon
_____/

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY
## AND CO-DEBTOR STAY

THIS MATTER having come before the Court on Secured Creditor GM Financial's Motion for Relief from the Automatic Stay and Co-Debtor Stay, the Motion having been served on the Debtor, the Co-Borrower, Debtor's counsel, and the Chapter 13 Trustee, and the Court being otherwise fully advised in the premises; IT IS ORDERED:

1. Secured Creditor GM Financial is hereby granted relief from the automatic stay and co-debtor stay to pursue relief that may be available to it pursuant to applicable law and the terms and provisions of the contract for Debtor's purchase of one 2019 Chevrolet Silverado, vehicle identification number 2GC2KREG6K1224135, including repossession and sale of the vehicle. Upon sale of property, any surplus proceeds shall be paid to the Trustee.

2. The entry of this Order shall be effective immediately notwithstanding the provisions of Fed.R.Bankr.P. 4001(a)(3). This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the United States Bankruptcy Code. All other terms and provisions of the automatic stay shall remain in full force and effect.

                                                                        _____
                                                                                 U.S. Bankruptcy Judge

Order prepared by:


/s/ S. Thomas Padgett
S. Thomas Padgett (P31748)
Attorney for Creditor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

IN RE:

BRANDON HEITMANN,                                  Case No. 24-41956-mar
                                                                         Chapter 13
             Debtor.                             Hon. Mark A. Randon
_____/

Address: 60749 Forest Creek Dr.
            Washington Twp., MI 48094

Last four digits of Social Security No. 8602

**<u>NOTICE OF FILING OF SECURED CREDITOR'S MOTION FOR RELIEF<br>FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY</u>**

     Secured Creditor GM Financial has filed papers with the court seeking relief from the automatic stay and co-debtor stay.

     **<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

     If you do not want the court to grant the Motion, or if you want the court to consider your views on the Motion, within 14 days from the date of this Notice, you or your attorney must:

     1. File with the court a written response or an answer, explaining your position at[1]:

United States Bankruptcy Court<br>
211 W. Fort St.<br>
Detroit, MI 48226

     If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

     You must also mail a copy to:

S. Thomas Padgett, Esquire<br>
DeBrincat Padgett<br>
27780 Novi Road, Suite 225<br>
Novi, MI 48377

| | |
|---|---|
| Robert Bassel, Esquire | Krispen S. Carroll |
| Attorney for Debtor | Chapter 13 Trustee |
| P.O. Box T | 26999 Central Park Blvd., Ste. 125 |
| Clinton, MI 49236 | Southfield, MI 48076 |

---

[1] Response or answer must comply with F.R.Civ.P. 8(b), (c) and (e)

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

Date: February 10, 2025

/s/ S. Thomas Padgett
S. Thomas Padgett (P31748)
DeBrincat Padgett
Attorney for Creditor
27780 Novi Road, Suite 225
Novi, MI 48377
(248) 553-4333
michiganlawyer@aol.com

IN RE:

BRANDON HEITMANN,                                 Case No. 24-41956-mar
                                                                        Chapter 13
        Debtor.                             Hon. Mark A. Randon
_____/

## MEMORANDUM OF LAW IN SUPPORT OF SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY

In support of its Motion, Secured Creditor GM Financial relies upon the provisions of Sections 362(d)(1) and (2) and 1301 of the United States Bankruptcy Code and *In Re: Newpower*, 233 F.3d 922 (6th Cir. 2000); *U.S. Savings Ass'n of Texas v Timbers of Inwood Forest Assoc. Ltd.*, 484 U.S. 365, 108 S.Ct. 626 (1988); and, *In Re: Independence Village, Inc.*, 52 B.R. 715 (Bkrtcy. E.D. MI. 1985).

Date: February 10, 2025                  /s/ S. Thomas Padgett
                                                       S. Thomas Padgett (P31748)
                                                       DeBrincat Padgett
                                                       Attorney for Creditor
                                                       27780 Novi Road, Suite 225
                                                       Novi, MI 48377
                                                       (248) 553-4333
                                                       michiganlawyer@aol.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

IN RE:

BRANDON HEITMANN,  Case No. 24-41956-mar
  Chapter 13
　　　　Debtor.  Hon. Mark A. Randon
_____/

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 10, 2025, true and correct copies of Secured Creditor GM Financial's Motion for Relief from the Automatic Stay and Co-Debtor Stay, Memorandum of Law, Notice of Filing of Motion, Statement Regarding Corporate Ownership and proposed Order were served upon the following parties electronically:

| | |
|---|---|
| Robert Bassel, Esquire | Krispen S. Carroll |
| Attorney for Debtor | Chapter 13 Trustee |
| P.O. Box T | 26999 Central Park Blvd., Ste. 125 |
| Clinton, MI 49236 | Southfield, MI 48076 |

and upon the following parties by depositing said copies in the U.S. Mail, postage prepaid:

| | |
|---|---|
| Brandon Heitmann, Debtor | Amanda Pisarski, Co-Borrower |
| 60749 Forest Creek Dr. | 55949 Lancewood Dr. |
| Washington, MI 48094 | Shelby Twp., MI 48316 |

Dated: February 10, 2025    /s/ S. Thomas Padgett
　　　　　　　　　　　　　　　　 S. Thomas Padgett (P31748)
　　　　　　　　　　　　　　　　 DeBrincat Padgett
　　　　　　　　　　　　　　　　 Attorney for Creditor
　　　　　　　　　　　　　　　　 27780 Novi Road, Suite 225
　　　　　　　　　　　　　　　　 Novi, MI 48377
　　　　　　　　　　　　　　　　 (248) 553-4333
　　　　　　　　　　　　　　　　 michiganlawyer@aol.com

# RETAIL INSTALLMENT SALE CONTRACT
## SIMPLE FINANCE CHARGE

Dealer Number _____ Contract Number _____

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| BRANDON LEWIS HETTMANN<br>14450 BOURNEMUTH DR<br>SHELBY TOWNSHIP MI 48315<br>MACOMB | AMANDA MONICA PISARSKI<br>55949 LANCEWOOD DR<br>SHELBY TOWNSHIP MI 48316<br>MACOMB | BUFF WHELAN CHEVROLET, INC.<br>40445 VAN DYKE<br>STERLING HEIGHTS MI 48313 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used/Demo | Year | Make and Model | Odometer | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| NEW | 2019 | CHEVROLET TRUCK SILVERADO 2500 | 70 | 2GC2KREG6K1224135 | Personal, family, or household unless otherwise indicated below<br>☐ business<br>☐ agricultural |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $ 6350.00 |
|---|---|---|---|---|
| 4.74 % | $ 7933.86 | $ 44822.34 | $ 52756.20 | $ 59106.20 |

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 84 | 628.05 | Monthly beginning 12/12/2019 |
| N/A | N/A | N/A |

Or As Follows: N/A

**Insurance.** You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. If you get the insurance from us or through us you will pay $ N/A for N/A of coverage.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

Check the insurance you want and sign below.

**Optional Credit Insurance**
☐ Credit Life: ☐ Buyer ☐ Co-Buyer ☐ Both
☐ Credit Disability: ☐ Buyer ☐ Co-Buyer ☐ Both

Premium:
Credit Life $ ___N/A___ Term ___N/A___
Credit Disability $ ___N/A___ Term ___N/A___
Insurance Company Name ___N/A___
___N/A___
Home Office Address ___N/A___
___N/A___

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments.

**Late Charge.** If payment is not received in full within 10 days after it is due, you will pay a late charge of $ 10 or 5 % of the part of the payment that is late, whichever is greater.

**Prepayment.** If you pay early, you will not have to pay a penalty.

**Security Interest.** You are giving a security interest in the vehicle being purchased.

**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

**Other Optional Insurance**
☐ ___N/A___ ___N/A___
Type of Insurance Term
Premium $ ___N/A___
Insurance Company Name ___N/A___
___N/A___
Home Office Address ___N/A___
___N/A___

☐ ___N/A___ ___N/A___
Type of Insurance Term
Premium $ ___N/A___
Insurance Company Name ___N/A___
___N/A___
Home Office Address ___N/A___
___N/A___

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.

I want the insurance checked above.

X ___N/A___ ___N/A___
Buyer Signature Date

X ___N/A___ ___N/A___
Co-Buyer Signature Date

## ITEMIZATION OF AMOUNT FINANCED (Seller may keep part of the amounts paid to others.)

1. Cash Price
   A Taxable Part of Cash Price
   to Seller for Vehicle $ 40413.11
   to Seller for Accessories and Installation Charges $ N/A
   to Seller for Document Preparation Fee $ N/A
   to N/A for N/A $ N/A
   to N/A for N/A $ N/A
   to N/A for N/A $ N/A
   to N/A for N/A $ N/A
   Total Taxable Part of Cash Price $ 40413.11
   B To Government Agencies for Sales Tax $ 2894.23
   C Non-Taxable Part of Cash Price
   to N/A for N/A $ N/A
   to N/A for N/A $ N/A
   to N/A for N/A $ N/A
   to N/A for N/A $ N/A
   Total Non-Taxable Part of Cash Price $ N/A
   Total Cash Price $ 43307.34 (1)

2. Total Downpayment =
   Trade-in 2019 CHEVROLET TRUCK SILVERADO
   (Year) (Make) (Model)
   Gross Trade-In Allowance $ N/A
   Less Pay Off Made By Seller GM FINANCIAL $ -3650.00
   Equals Net Trade In $ -3650.00
   + Cash $ 5000.00
   + Other MFG REBATES $ 5000.00
   (If total downpayment is negative, enter "0" and see 4H below) $ 6350.00
3. Unpaid Balance of Cash Price (1 minus 2) $ 36957.34 (3)
4. Other Charges Including Amounts Paid to Others on Your Behalf
   A Cost of Optional Credit Insurance Paid to Insurance Company or Companies
      Life $ N/A
      Disability $ N/A $ N/A
   B Other Optional Insurance Paid to Insurance Company or Companies $ N/A
   C Optional Gap Contract $ N/A
   D Official Fees Paid to Government Agencies $ 9.00
   E Government Taxes Not Included in Cash Price $ N/A
   F Government License Fees and/or Registration Fees LICENSE FEES $ 17.00
   G Government Certificate of Title Fees $ 15.00
   H Pay-Off Credit or Lease Balance Paid to N/A $ N/A
   I Other Charges (Seller must identify who is paid and describe purpose)
      to DEALER for ELECT FILING FEE $ 240.00
      to BUFF WHELAN for GM BEDLINER $ 360.00
      to ___ for SNOW PLOW $ 7500.00
      to N/A for N/A $ N/A
      to N/A for N/A $ N/A
      to N/A for N/A $ N/A
      to N/A for N/A $ N/A
      to N/A for N/A $ N/A
      to N/A for N/A $ N/A
      to N/A for N/A $ N/A
   Total Other Charges and Amounts Paid to Others on Your Behalf $ 7865.00 (4)
5. Amount Financed = Principal Balance (3 + 4) $ 44822.34 (5)
6. Finance Charge $ 7933.86 (6)
7. Total of Payments = Term Balance $ 52756.20 (7)

Payment Schedule The first payment is due 12/12/2019 will be 84 installments of $ 628.05 each, monthly beginning 12/12/2019, or if scheduled payments are irregular or unequal, as follows: N/A

**OPTIONAL CAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in item 4C of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term ___N/A___ Mos. ___N/A___
Name of Gap Contract

I want to buy a gap contract.

Buyer Signs X ___N/A___

☐ If this box is checked, the following late charge applies to vehicles purchased primarily for business or agricultural use.
If a payment is not received in full within ___N/A___ days after it is due, you will pay a late charge of $ ___N/A___ or ___N/A___ % of the part of the payment that is late, whichever is less.
If this box is not checked, the late charge in the "Federal Truth-In-Lending Disclosures" still applies.

**Returned Check Charge:** You agree to pay a charge of $25 if any check or other payment instrument you give us is dishonored.

OPTION: ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before ___N/A___ Seller's initials ___N/A___

## NO COOLING OFF PERIOD

State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.

The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.

HOW THIS CONTRACT CAN BE CHANGED. This contract contains the entire agreement between you and us relating to this contract. Any change to the contract must be in writing and we must sign it. No oral changes are binding. Buyer Signs X ____ Co-Buyer Signs X ____
If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.
See back for other important agreements.

**Warning:** The insurance afforded hereunder does not cover liability for injury to persons or damage to property of others, unless so indicated hereon.

**Notice To Buyer:** Do not sign this contract in blank. You are entitled to 1 true copy of the contract you sign without charge. Keep it to protect your legal rights.

Buyer Signs X _____ Date 11/12/19 Co-Buyer Signs X _____ Date 11/12/19

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here X N/A _____ Address _____
Seller signs _____ Date 11/12/19 By _____ Title AGT

You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.

Buyer Signs X _____ Date 11/12/19 Co-Buyer Signs X _____ Date 11/12/19

Seller assigns its interest in this contract to GM FINANCIAL (Assignee) under the terms of Seller's agreement(s) with Assignee.
☐ Assigned with recourse ☐ Assigned without recourse ☐ Assigned with limited recourse
BUFF WHELAN CHEVROLET, INC. _____ By _____ Title AGT

LAW FORM NO. 553-MI 3/18 ORIGINAL LIENHOLDER

EXHIBIT A

## OTHER IMPORTANT AGREEMENTS

1. **FINANCE CHARGE AND PAYMENTS**
   a. **How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed.
   b. **How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose.
   c. **How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on the front on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. If all your scheduled payments are equal, we will give you at least 25 days after the final scheduled payment is due to pay any extra amount you owe because you paid late. We will send you a notice telling you about these changes before the final scheduled payment is due.
   d. **You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.
   e. **Your right to refinance a balloon payment.** A balloon payment is a scheduled payment that is larger than any of the substantially equal prior scheduled payments. If your final scheduled payment is a balloon payment, you have the right to enter into a new written agreement when it is due (refinance). You may refinance the balloon in equal installments over a reasonable period of time. During this period, you will also pay a finance charge on the unpaid balance computed using the Annual Percentage Rate on the front.

2. **YOUR OTHER PROMISES TO US**
   a. **If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.
   b. **Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.
   c. **Security Interest.**
   You give us a security interest in:
   - The vehicle and all parts or goods put on it;
   - All money or goods received (proceeds) for the vehicle;
   - All insurance, maintenance, service, or other contracts we finance for you; and
   - All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.

   This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.
   d. **Insurance you must have on the vehicle.**
   You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or, if such coverage cannot be obtained, buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and the charge you must pay. If you fail to pay us, and if permitted by law, we may add the charge to the balance owing under this contract. We may increase the amount of your scheduled payment in order to amortize the charge by the time your final payment is due. As an alternative and, if you specifically agree, you may have a larger or balloon final payment, or the date of the final payment may be extended. The charge will be the premium for the insurance and a finance charge computed at the Annual Percentage Rate shown on the front of this contract. If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.
   e. **What happens to returned insurance, maintenance, service, or other contract charges.** If we get a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

3. **IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES**
   a. **You may owe late charges.** You will pay a late charge on each late payment as shown on the front. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments.
   If you pay late, we may also take the steps described below.
   b. **You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe on this contract at once. Default means:
   - You do not pay any payment on time;
   - You give false, incomplete, or misleading information on a credit application;
   - You start a proceeding in bankruptcy or one is started against you or your property; or
   - You break any agreements in this contract.
   The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.
   c. **You may have to pay collection costs.** If we hire an attorney to collect what you owe, you will pay the attorney's fee and court costs as the law allows.
   d. **We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. If your car has an electronic tracking device, you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you at your expense. If you do not ask for these items back, we may dispose of them as the law allows.
   e. **How you can get the vehicle back if we take it.** If we repossess the vehicle, you may pay to get it back (redeem). We will tell you how much to pay to redeem. Your right to redeem ends when we sell the vehicle or earlier, if we notify you of an earlier date.
   f. **We will sell the vehicle if you do not get it back.** If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.
   We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us. If you do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest lawful rate until you pay.
   g. **What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under those contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

4. **WARRANTIES SELLER DISCLAIMS**
   Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.
   This provision does not affect any warranties covering the vehicle that the vehicle manufacturer may provide.

5. **Used Car Buyers Guide.** The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.
   Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

6. **SERVICING AND COLLECTION CONTACTS**
   You agree that we may try to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you.

7. **APPLICABLE LAW.**
   Federal law and the law of the state of our address shown on the front of this contract apply to this contract.

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

The preceding NOTICE applies only to goods or services obtained primarily for personal, family, or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

Form No. 553-MJ 3/18

# Receipt for RD-108 Dealer

APPLICATION FOR MICHIGAN
TITLE AND REGISTRATION

| Validation: | | | |
|---|---|---|---|
| 11142019 603 18010192 2935.23 | | | |
| MI0003865650 000079 A | | | |
| *S.I. RECORDED* | | | |

Dealer
BUFF WHELAN CHEVROLET INC
Address
40445 VANDYKE AVE
City
STERLING HEIGHTS, MI 48313

| Plate No. | Expires on | Months | County |
|---|---|---|---|
| EXIGENT | 04/11/2020 | 06 | MACOMB |
| Year | Make | Body Style | |
| 2019 | CHEVROLET | PICK-UP | |
| Vehicle No | | Fee Cat. or Wt. | Brand |
| 2GC2KREG6K1224135 | | 40300 | |

| Dealer License No. |
|---|
| A006221 |
| Odometer |
| 000079 A |
| A = Actual mileage |
| B= Not actual mileage |
| C= Exceeds mechanical limits of odometer |

| Driver License No /PIDs of All Owners/Lessees | License Fee |
|---|---|
|  | 17.00 |
| | Title |
| | 16.00 |
| Complete Name(s) and Address(es) of All Owners or Lessors | Title Late Fee |
| BRANDON LEWIS HEITMANN & AMANDA | 0.00 |
| MONICA PISARSKI | Tax |
| 14450 BOURNEMUTH DR | 2894.23 |
| SHELBY TOWNSHIP, MI 48315-2807 | Transfer Fee |
| | 8.00 |
| Complete Name(s) and Address(es) of Lessees | Total |
| NONE | 2935.23 |
| | Full Rights to Survivor |
| | Y |

CARS0018010192

| Transaction Type: |
|---|
| ORIG TITLE/TRANS PLATE |
| MCO Number: NO |

Error/Flash Condition:

| First Secured Interest | Filing Date |
|---|---|
| GM FINANCIAL | |
| PO BOX 1510 | 11/14/2019 |
| COCKEYSVILLE, MD 21030-0000 USA | |
| Second Secured Interest | Filing Date |
| NONE | |
| Purchase Price of Vehicle: | 48213.11 |

Error Flash Approval Reason:

Dealer Comment:

Authority Granted by Act 300 of 1949, as amended.   RD-108L (2/19)