Revised 02/04

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In re:

BRANDON HEITMANN,

Case No. 24-41956-mar
Chapter 13
Hon. Randon

Debtor
_____ /

## STATEMENT OF CREDITOR
## REGARDING
## CORPORATE OWNERSHIP

[ ]  The following entities directly or indirectly own 10% or more of any class of the creditor's equity interest:

Name: _____
Address: _____

Name: _____
Address: _____

Name: _____
Address: _____

Name: _____
Address: _____

(For additional names, attach an addendum to this form)

[X]  There are no entities that directly or indirectly own 10% or more of any class of the creditor's equity interest.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 10, 2025

/s/ S. Thomas Padgett
S. Thomas Padgett (P31748)
Attorney for Creditor
Michiganlawyer@aol.com