UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the Matter of:

  Brandon Heitmann                                Case No. 24-41956
                                                   Chapter 13
  Debtor                                         Hon. Mark Randon

_____/

**DEBTOR'S NOTICE OF CONVERSION OF CASE TO CHAPTER 7**

     Pursuant to 11 U.S.C. § 1307(a) and Fed. R. Bankr. P. 1017(f)(3), the undersigned gives notice of his converting this chapter 13 case to one under chapter 7.

                                                   Respectfully submitted
                                                   <u>By: /s/ Robert N. Bassel</u>
                                                   Robert N. Bassel (P 48420)
                                                   Attorneys for Debtor
                                                   P.O. Box T
                                                   Clinton, MI 49236
                                                   248.677-1234
                                                   bbassel@gmail.com