UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

IN RE:

BRANDON HEITMANN,   Case No. 24-41956-mar

                                  Chapter 7
        Debtor.                Hon. Mark A. Randon
_____/

## DEBTOR'S OBJECTION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Debtor Brandon Heitmann objects to the motion for relief from stay because he is current on payments and has provided proof of insurance, and thus cause does not exist for relief from stay.

Respectfully submitted,

/s/ Robert N. Bassel (P48420)
Attorney for Debtor
P.O. Box T
Clinton, MI 49236
(248) 677-1234
bbassel@gmail.com