UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

In re:

HEITMANN, Brandon L.,                   Chapter 7
                                         Case No. 24-41956-mar
           Debtor.                          Hon. Mark A. Randon
_____/

## ORDER APPROVING EMPLOYMENT
## OF COUNSEL FOR CHAPTER 7 TRUSTEE

*THIS MATTER* having come before the Court upon the Application for Order Approving Employment of Counsel for Chapter 7 Trustee in this chapter 7 case for an order approving the employment of Morris & Morris Attorneys, P.L.L.C. ("Morris & Morris") as counsel for the Chapter 7 Trustee, and the Court having reviewed the application and the unsworn declaration of disinterestedness filed in support of said application, and the Court finding that Morris & Morris Attorneys, P.L.L.C. is eligible for appointment on the terms stated in this order, and the Court having been otherwise fully advised in the premises;

*NOW, THEREFORE,*

*IT IS HEREBY ORDERED* that the Court approves, pursuant to 11 U.S.C. § 327(a), the employment by Douglas S. Ellmann, Chapter 7 Trustee, of Thomas R. Morris, and the law firm of Morris & Morris Attorneys, P.L.L.C., as

counsel to represent him in this chapter 7 case, with any compensation subject to review and approval by the Court.

**Signed on March 28, 2025**



/s/ Mark A. Randon
_____
**Mark A. Randon
United States Bankruptcy Judge**