

20700 Civic Center Drive
Suite 420
Southfield, Michigan 48076

www.osbig.com

TELEPHONE
248 663.1800

FACSIMILE
248 663.1801

April 1, 2025

U.S. Bankruptcy Court
211 W. Fort Street
Detroit, MI 48226

    *Re:*    *Kim M. Rattet*
             *(P62616)*

To Whom It May Concern:

    Please be advised, effective April 1, 2025, Kim M. Rattet (P62616) is no longer affiliated with OSIPOV BIGELMAN, P.C. As of that date, Yuliy Osipov (P59486) will handle the firm's bankruptcy cases.

    Should you have any questions or concerns regarding this matter, please do not hesitate to contact our office to discuss. Thank you for your attention regarding this matter.

                      Sincerely,

                **OSIPOV BIGELMAN P.C.**

                *Yuliy Osipov*

                    Yuliy Osipov, Esq.
          Board Certified - Consumer Bankruptcy Law
            American Board of Certification
        Direct Line: 248.663.1805 / yo@osbig.com

YO/tac