

Stephen M. Hladik ◊
David C. Onorato *
Thomas M. Federman +

Athena J. Aitas O
Ian Redmond
David Milstein

April 4, 2025

Re: James M. McArdle (P82443)

To Whom It May Concern:

James M. McArdle (P82443), is no longer with Hladik, Onorato & Federman, LLP. Please reassign all the cases on the system assigned to James M. McArdle for Hladik, Onorato & Federman, LLP from August 1, 2023 to David Milstein (P56543).

Please don't hesitate to contact David Milstein at (248) 362-2600 or dmilstein@hoflawgroup.com if you have any questions or concerns.

Thank you,

Athena Aitas

3290 West Big Beaver, Suite 117, Troy, MI 48084-2911 • 248.362.2600 • fax (248) 269-8503 www.hoflawgroup.com
◊Admitted in PA CO MI NJ NM only |* Admitted in PA AZ CA only |+ Admitted in PA NJ only | o MI Managing Attorney

24-41956-mar    Doc 154    Filed 04/11/25    Entered 04/11/25 20:10:30    Page 1 of 1