UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>BRANDON L HEITMANN<br><br>Debtor(s) | Case No. 24-41956-MAR |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Krispen S. Carroll, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/29/2024.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 02/25/2025.

6) Number of months from filing to last payment: 11.

7) Number of months case was pending: 14.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $33,383.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $7,286.36 |
| Less amount refunded to debtor | $6,630.57 |

**NET RECEIPTS:**     **$655.79**

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $655.79 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:**     **$655.79**

Attorney fees paid and disclosed by debtor:     $15,000.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| 24 CAPITAL | Unsecured | 183,000.00 | NA | NA | 0.00 | 0.00 |
| AG GAS SERVICE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ALEX BOYD AND REBECCA BOYD | Unsecured | 0.00 | 300,000.00 | 300,000.00 | 0.00 | 0.00 |
| AMANDA PISARSKI | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS NATIONAL BAN | Unsecured | 450,000.00 | 449,395.08 | 449,395.08 | 0.00 | 0.00 |
| AMERICAN LEAK DETECTION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL SERVICES | Secured | 22,325.00 | 20,542.33 | 20,542.33 | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL SERVICES | Secured | NA | 56,737.84 | 56,737.84 | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL SERVICES | Unsecured | NA | 4,737.84 | 4,737.84 | 0.00 | 0.00 |
| AQUA HALL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ARLINGTON MASONRY SUPPLY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED BANK | Secured | NA | 1,750.00 | 1,750.00 | 0.00 | 0.00 |
| ASSOCIATED BANK | Secured | 48,731.00 | 38,685.64 | 38,685.64 | 0.00 | 0.00 |
| ASSOCIATED BANK | Secured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| AUTO OWNERS INSURANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BARAJAS ENTERPRISE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BCBS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAMPO DISPOSAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CATERPILLAR FINANCIAL SERVICES | Unsecured | 7,000.00 | NA | NA | 0.00 | 0.00 |
| CITIZENS BANK | Unsecured | 75,000.00 | 71,341.03 | 71,341.03 | 0.00 | 0.00 |
| CLASSIC POOLS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CONGIL TRUCK LINES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CONNELLY CRANE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CONNEXUS CU | Secured | 151,852.00 | 163,794.44 | 163,794.44 | 0.00 | 0.00 |
| DANA CARAN | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DANIEL CARTER | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DANIEL CARTER | Unsecured | NA | 300,000.00 | 300,000.00 | 0.00 | 0.00 |
| DISCOVER BANK/DISCOVER PRODU | Unsecured | 6,300.00 | 6,292.25 | 6,292.25 | 0.00 | 0.00 |
| ERC SPECIALIST | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| EVEREST BUSINESS FUNDING | Unsecured | 200,000.00 | 222,042.90 | 222,042.90 | 0.00 | 0.00 |
| EXIGENT LANDSCAPING LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| FANTASTIC POOLS LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD BANK | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD BANK NA | Unsecured | NA | 36,836.39 | 36,836.39 | 0.00 | 0.00 |
| FIFTH THIRD BANK NA | Secured | 72,500.00 | 74,801.39 | 74,801.39 | 0.00 | 0.00 |
| FIRST FOUNDATION BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FLEET MASTERS EQUIPMENT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FOREST BROOK ESTATES HOMEOWN | Unsecured | 500.00 | 1,250.00 | 1,250.00 | 0.00 | 0.00 |
| FUNDBOX FINANCING | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GATEWAY ENGINEERING | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GOOGLE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GRACE TRANSPORT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GUNTHER SERVICES | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| HECKTOR OROZCO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 15,635.13 | 15,635.13 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 4,588.00 | 141,637.67 | 141,637.67 | 0.00 | 0.00 |
| IOU CENTRAL INC DBA IOU FINANCI | Unsecured | 450,000.00 | NA | NA | 0.00 | 0.00 |
| IVAN SALEM | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| J&H TRANSPORTATION CO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| JAYS SEPTIC TANK SERVICE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| JEFF ENGLISH | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| JOE HEBEKA AND ANGELA HEBEKA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| JOE REGALADO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| JOHN BENINCASA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| KABBAGE | Unsecured | 50,000.00 | NA | NA | 0.00 | 0.00 |
| KELSEY ACHO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| KIRK HUTH LANGE & BADALAMENT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| KRISTEN TOMA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LAFAYETTE FEDERAL CREDIT UNION | Secured | 53,200.00 | NA | NA | 0.00 | 0.00 |
| MACALLISTER RENTAL | Unsecured | 20,000.00 | NA | NA | 0.00 | 0.00 |
| MALEK SHAMAYA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MARC PIPER | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MARCO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MASTERCARD | Unsecured | 4,633.00 | NA | NA | 0.00 | 0.00 |
| MATT DECOSTER | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MATTHEW MARTIN & MELISSA MAR | Unsecured | 0.00 | 75,000.00 | 75,000.00 | 0.00 | 0.00 |
| MEGAN MADAUS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MOHAMED SAAD | Unsecured | 0.00 | 322,769.29 | 322,769.29 | 0.00 | 0.00 |
| NANCY AFR | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NICK PINOZZI | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| OAKLAND FUELS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PAWNEE LEASING CORPORATION | Secured | 36,000.00 | 37,164.80 | 37,164.80 | 0.00 | 0.00 |
| PETERSON BROTHERS CO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| QUENCH WATER | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| RATNESH MEHRA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 0.00 | 5,580.45 | 5,580.45 | 0.00 | 0.00 |
| ROCK BOTTOM | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| RON HEITMANN | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| RYAN KELLY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SAFECO INSURANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SCP DISTRIBUTORS LLC | Unsecured | 60,000.00 | 61,288.06 | 61,288.06 | 0.00 | 0.00 |
| SHEFFIELD FINANCIAL | Secured | 13,000.00 | 13,024.90 | 13,024.90 | 0.00 | 0.00 |
| SIMNA KUMAR | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SITE ONE LANDSCAPE SUPPLY | Unsecured | 14,344.00 | NA | NA | 0.00 | 0.00 |
| SMALL BUSINESS ADMINISTRATION | Unsecured | 500,000.00 | 551,887.00 | 551,887.00 | 0.00 | 0.00 |
| STAFFORD LANDSCAPING | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| STATE OF MICHIGAN CD | Priority | 0.00 | 7,552.78 | 7,552.78 | 0.00 | 0.00 |
| THE HILLS OF LONE PINE ASSOCIATI | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| UNIQUE FUNDING | Unsecured | 85,000.00 | NA | NA | 0.00 | 0.00 |
| UPSTART LOAN OPERATIONS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US BANK | Unsecured | 3,044.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| US BANK NATIONAL ASSOCIATION | Unsecured | 0.00 | 2,657.07 | 2,657.07 | 0.00 | 0.00 |
| VALLEY TRANSPORT INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WASHINGTON TWP | Unsecured | 3,800.00 | NA | NA | 0.00 | 0.00 |
| WESTERN EQUIPMENT FINANCE INC | Unsecured | 77,273.91 | NA | NA | 0.00 | 0.00 |
| WIEGANDS FARM | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WINGS FINANCIAL CREDIT UNION | Unsecured | 0.00 | 21,164.24 | 21,164.24 | 0.00 | 0.00 |
| WRIGHT ENGINEERING | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| X1 INC | Unsecured | 4,876.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $1,750.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $38,685.64 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $189,246.36 | $0.00 | $0.00 |
| All Other Secured | $176,819.34 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$406,501.34** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $149,190.45 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$149,190.45** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$2,447,876.73** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---:|
| Expenses of Administration | $655.79 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS:** | **$655.79** |

UST Form 101-13-FR-S (09/01/2009)

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 04/15/2025 By: /s/ Krispen S. Carroll
                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**