UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

BRANDON HEITMANN

Case No. 24-41956-MAR
Chapter 7
Judge: Mark A. Randon

Debtor(s)
_____/

## Notification of Asset Case (No Hearing Set)
### To Clerk of the United State Bankruptcy Court:

I, DOUGLAS S. ELLMANN, having been appointed Trustee of the estate of the above-named debtor(s), hereby notify the Clerk of the United States Bankruptcy Court that assets will be administered in the above-captioned case and appropriate notice should be given to creditors to file claim.

Dated: 04/18/2025

/s/ Douglas Ellmann
Douglas S. Ellmann, Trustee
(P34617)
3140 Baker Rd. #395

Dexter, MI 48130

734.668.4800
dse@ellmannlaw.com