UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

In re:

HEITMANN, Brandon L.,                          Chapter 7
                                               Case No. 24-41956-mar
            Debtors.                           Hon. Mark A. Randon

_____/

## ORDER APPROVING SALE OF PERSONAL PROPERTY

**THIS MATTER** having come before the Court on the motion of Douglas S. Ellmann, Trustee, for an order approving a his sale (the "Motion", Docket __), and it appearing from the certification filed pursuant to L.B.R. 9014-1 (E.D.M.) that the Motion and notice of the motion was duly served and that no timely response was filed and served, and the Court having been fully advised in the premises;

**NOW, THEREFORE,**

**IT IS HEREBY ORDERED** that the Motion is granted and the sale described therein is approved.

**IT IS FURTHER ORDERED** that the Debtor has waived his right to payment of an exemption in any of the items that are the subject of the sale. These items are defined in the Motion as the "Assets".

**Exhibit "1"**