UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

In re:

HEITMANN, Brandon L.,                        Chapter 7
                                                       Case No. 24-41956-mar
                Debtors.                  Hon. Mark A. Randon
_____/

## NOTICE OF OPPORTUNITY TO OBJECT TO TRUSTEE'S MOTION FOR APPROVAL OF <u>SALE OF PERSONAL PROPERTY</u>

       Douglas S. Ellmann, Chapter 7 Trustee (the "Trustee"), has filed a motion for approval of a sale by him of the non-exempt value in certain tangible personal property of the Debtor (the "Assets") for the sum of $22,500.00. The Assets include the following: 2019 GMC 2500; 2020 GMC 4500 dump truck; 20-foot enclosed Look trailer; 1995 Econoline van; Toro Dingo 1000; 1995 box truck; various household goods and furnishings; various equipment for sports and hobbies; two firearms; clothes; PS4 and video games; personal computer; refrigerator and contents; machinery, tools and equipment including a shipping container and equipment trailer. The 2019 truck is subject to a vehicle loan, and Assets are being sold to the Debtor's wife subject to the Debtor's exemptions. Further details regarding the sale are set forth in the Motion, which is on file with the Court and may be viewed by any person. A copy of the Motion will be furnished upon request by contacting the undersigned.

       **<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

       If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then within *twenty-one (21) days* of the date of service by the Trustee of this notice by email (*twenty-four (24) days* including the extra time allowed by Fed.R.Bankr.P. 9006 if this notice was served by U.S. Mail), you or your attorney must:

1. File with the court a written response explaining your position at:[1]

United States Bankruptcy Court
211 West Fort Street
Detroit, MI 48226

If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the 21-day or 24-day period expires. All attorneys are required to file pleadings electronically.

You must also mail a copy to:

Thomas R. Morris, Esq.
Morris & Morris Attorneys, P.L.L.C.
3258 Broad Street, Suite 1
Dexter, MI 48130

2. If a response is timely filed and served, the clerk will schedule a hearing on the Motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.**

**MORRIS & MORRIS ATTORNEYS, P.L.L.C.**

By: */s/ Thomas R. Morris*
Thomas R. Morris (P39141)
David R. Morris (P83922)
Counsel for the Trustee
3258 Broad St., Suite 1
Dexter, MI 48130
(734) 934-0035
tmorris@morrispllc.com

---

[1] Response or answer must comply with Fed.R.Civ.P. 8(b), (c) and (e).