UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

In re:

HEITMANN, Brandon L.,　　　　　　　　　　Chapter 7
　　　　　　　　　　　　　　　　　　　　　Case No. 24-41956-mar
　　　　　　　　Debtor.　　　　　　　　　Hon. Mark A. Randon
_____/

## CERTIFICATE OF SERVICE

　　　　I certify that on May 30, 2025, I filed (1) ***Trustee's Motion for Approval of Sale of Personal Property***, (2) proposed ***Order Approving Sale of Personal Property***, (3) ***Notice of Opportunity to Object to Trustee's Motion*** (4) ***Sale Agreement***, and (5) this ***Certificate of Service*** with the U.S. Bankruptcy Court via the Court's ECF system, which will send copies to the ECF participants in the above-entitled matter, including the following:

**S. Thomas Padgett**
Michiganlawyer@aol.com

　　　　　　　　**Heather R. Burnard**
　　　　　　　　EasternECF@Trottlaw.com

　　　　　　　　**Scott A. Gies**
　　　　　　　　EasternECF@trottlaw.com

　　　　　　　　**Heather R. Burnard**
　　　　　　　　EasternECF@Trottlaw.com

　　　　　　　　**Scott A. Gies**
　　　　　　　　EasternECF@trottlaw.com

　　　　　　　　**Anthony James Miller**
　　　　　　　　am@osbig.com

　　　　　　　　**John F. Harrington**
　　　　　　　　AttysHarrington@comcast.net

　　　　　　　　**Michael I. Zousmer**
　　　　　　　　michael@zlawplc.com

**Exhibit "4"**

**Douglas Ellmann**
detrustee@gmail.com

**Thomas R. Morris**
tmorris@morrispllc.com

**David Milstein**
248-362-2600
bankruptcy@hoflawgroup.com

**S. Thomas Padgett**
Michiganlawyer@aol.com

**David Milstein**
bankruptcy@hoflawgroup.com

**Robert N. Bassel**
bbassel@gmail.com

**Tyler Phillips**
tphillips@kotzsangster.com

**John F. Harrington**
AttysHarrington@comcast.net

**Anthony James Miller**
am@osbig.com

**Yuliy Osipov**
yotc_ecf@yahoo.com

**Greg Dickinson**
gregory.dickinson@usdoj.gov

       */s/ Thomas R. Morris*
       3258 Broad Street, Suite 1
       Dexter, MI 48130
       (734) 934 0035
       tmorris@morrispllc.com