UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

BRANDON HEITMANN

Case No. 24-41956-MAR
Chapter 7
Judge: Mark A. Randon

Debtor(s)
_____/

# TRUSTEE'S REPORT OF SALE

I, DOUGLAS S. ELLMANN, states that there has been a sale of property in the above-captioned case:

1. On July 14, 2025, this court entered an Order Granting Trustee's Motion for Sale of Property (Docket No. 165).

2. The Sale Order authorized the sale of the non-exempt unsecured portions of the following assets (Property):

a. 2019 GMC 2500 (subject to a lien securing a loan balance of approximately $15,000 as of the case conversion– see Claim 5-1 for terms of loan);
b. 2020 GMC 4500 dump truck;
c. 20-foot enclosed Look trailer;
d. 1995 Econoline van;
e. Toro Dingo 1000;
f. 1995 box truck;
g. various household goods and furnishings;
h. various equipment for sports and hobbies;
i. clothes; PS4 and video games; personal computer; refrigerator and contents;
j. machinery, tools and equipment including a shipping container and equipment trailer.
.

3. The Property was sold in bulk for $22,500.00; the estate netted $22,500.

Dated: 07/18/2025

/s/ Douglas Ellmann
Douglas S. Ellmann, Trustee
(P34617)
3140 Baker Rd. #395
Dexter, MI 48130

Ann Arbor, MI 48103
734.668.4800
dse@ellmannlaw.com