UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

BRANDON HEITMANN

Case No. 24-41956-MAR
Chapter 7
Judge: Mark A. Randon

Debtor(s)
_____/

**Notification of Intent to File Final Report**

TO THE CLERK OF THE COURT:

This is to inform the Court that the Final Report and Account for this estate will be filed within (90) days from the date of this notice.

Dated: 07/28/2025

/s/ Douglas Ellmann
Douglas S. Ellmann, Trustee
Ellmann & Ellmann, P.C.
3140 Baker Rd. #395
Dexter, MI 48130
734.668.4800
dse@ellmannlaw.com