Form clkcert

211 West Fort Street
Detroit, MI 48226

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

Case No.: **24−41956−mar**
Chapter: 7

In Re: (NAME OF DEBTOR(S))
    Brandon Heitmann
    60749 Forest Creek Dr
    Washington Twp., MI 48094

Social Security No.:
    xxx−xx−8602

Employer's Tax I.D. No.:

**CLERK'S CERTIFICATION OF THE RECORD**

I hereby certify that as of this date and to the best of my knowledge:

    (1) The documents listed on the docket sheet are in the case file in the custody of the Clerk.

    (2) The claims register lists the claims filed with Court.

    (3) The docket sheet and claims register are available for review through PACER.

    (4) The following Court costs are due and owing:

        a) Reopening fee $ n/a

        b) Conversion fee $ n/a

        c) Filing fee $ n/a

        d) n/a Complaint(s) for a total of $ n/a

        e) n/a Appeal(s) for a total of $ n/a

        f) n/a Motion(s) to Sell Property Free and Clear of Liens Under 11 U.S.C. § 363(f)
        for a total of $ n/a

Dated: 7/29/25

                BY THE COURT

                Todd M. Stickle , Clerk of Court
                UNITED STATES BANKRUPTCY COURT