# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In Re:  
BRANDON HEITMANN

Case No. 24-41956-MAR  
Chapter 7  
Hon Mark A. Randon

_____ Debtor (s) _____ /

## TRUSTEE APPLICATION FOR FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

Now comes Douglas S. Ellmann, Trustee herein, and respectfully submits to the United States Trustee and to the Court his/her final fee application. The trustee certifies that the balance in the individual estate trust account, bank account number ******0214 at Pinnacle Bank is in the amount of $22,471.88. This includes all earned interest and is subject to check for payment to creditors.

1. RECEIPTS: $22,500.00

2. DISBURSEMENTS: $28.12

3. BALANCE OF FUNDS ON HAND: $22,471.88

4. The net estate upon which the trustee's compensation has been computed is $22,500.00. This does not include any exempts amounts paid to debtor(s) and/or any refunds to be made to the debtor(s).

## COMPUTATION OF COMPENSATION

Pursuant to 11 U.S.C Section 326, compensation is computed as follows:

| | | | |
|---|---|---|---|
| Receipts | $22,500.00 | 25% of first 5,000 | $1,250.00 |
| Less | -5,000.00 | ($1250.00 Max) | |

| | | | |
|---|---|---|---|
| Balance | $17,500.00 | 10% of next 45,000 | $1,750.00 |
| Less | -45,000.00 | ($4500.00 Max) | |
| Balance | $0.00 | 5% of next 950,000 | $0.00 |
| Less | -950,000.00 | ($47,500.00 Max) | |
| Balance | $0.00 | 3% of balance | $0.00 |

| | |
|---|---|
| TOTAL COMPENSATION REQUESTED | $3,000.00 |
| PRIOR ALLOWED AND PAID FEES | $0.00 |
| | $3,000.00 |

## TRUSTEE EXPENSES

The trustee has incurred the following expenses:

| | |
|---|---|
| Postage | 14.40 |
| Phone | 7.00 |
| Storage and destruction | 12.00 |
| Supplies | 16.56 |
| Overnight postage to UST | 15.00 |
| Total | 64.96 |

| | |
|---|---|
| TOTAL EXPENSES REQUESTED | $64.96 |

    The undersigned trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his/her knowledge and requests the United States Trustee to approve this report and account and requests the Court to provide notice and opportunity for a hearing under 11 U.S.C. Sec. 330(a), 502(b), and 503(b) and to thereafter award final compensation and reimbursement of expenses.

**WHEREFORE,** the Trustee requests that this application be approved by this Court and that the Trustee be granted an allowance of $3,000.00 as compensation and $64.96 for reimbursement of expenses. Pursuant to section 704, the Trustee certifies to the Court and the United States Trustee, that the trustee has faithfully and properly fulfilled his/her duties, and that no payments have been made or promised to him/her for services rendered or to be rendered in any capacity in this case. No agreement or understating exists between applicant and any other person for sharing compensation received.

Dated: July 30, 2025         /s/ DOUGLAS S. ELLMANN [P34617]
                             Douglas S. Ellmann, Chapter 7 Trustee
                             3140 Baker Rd. #395
                             Dexter, MI 48130
                             Phone: (734) 668-4800
                             Email: dse@ellmannlaw.com