UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:                                    In Bankruptcy
Heitmann, Brandon                         Chapter 7
   Debtor                   24-41956-MAR
_____/                    Hon. Mark A. Randon

## <u>ORDER APPROVING TRUSTEE'S</u>
## <u>FINAL APPLICATION FOR FEES AND COSTS</u>

This matter having come on to be heard and no objection having been filed to the

Trustee's Final Report, pursuant to LBR 2016-1,


IT IS HEREBY ORDERED AND ADJUDGED that Douglas Ellmann's final fee request

in the amount of $3,000.00 for fees, and $64.96 for costs, is approved.


**Signed on September 15,**
**2025**



                                          **/s/ Mark A. Randon**
                                          **Mark A. Randon**
                                          **United States Bankruptcy Judge**