IN UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:                                         In Bankruptcy
Heitmann, Brandon                   Chapter 7
  Debtor                                24-41956-MAR
_____/            Hon. Mark A. Randon

### ORDER APPROVING TRUSTEE'S SPECIAL COUNSEL'S FINAL APPLICATION FOR FEES AND COSTS

This matter having come on to be heard and no objection having been filed to the Approval of Morris & Morris PLLC's Final Request for Trustee's Special Counsel's Fees pursuant to LBR 2016-1,

IT IS HEREBY ORDERED AND ADJUDGED that Morris & Morris PLLC's final fee request in the amount of $6,075.00 for fees, and $115.97 for costs, is approved.

**Signed on September 15, 2025**



/s/ Mark A. Randon
**Mark A. Randon**
**United States Bankruptcy Judge**